**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JAMES PARKS
*Plaintiff(s),* : CASE NO.

v.

VOLKSWAGEN AG; VOLKSWAGEN GROUP OF AMERICA, INC.; and YBH VOLKSWAGEN, INC.
*Defendants.*

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1331, §1446, §1441(a), and §1332, Defendant, Volkswagen Group of America, Inc. (hereinafter referred to as "VWGoA"), removes to this Court the above action, pending as civil action number 2015-10346 in the Court of Common Pleas of Delaware County, Pennsylvania. As grounds for removal, VWGoA states:

**BACKGROUND**

1. This civil action was commenced by Plaintiff on November 30, 2015 and is pending in the Court of Common Pleas, Delaware County, a court located within this District, under Docket No. 2015-10346.

2. VWGoA was served with a Complaint on or about December 28, 2015.

3. This Court has jurisdiction of this action under 28 U.S.C. §1331, *et seq.* and §1332, *et seq.* As such, removal is proper as this Court has original Federal Question jurisdiction and diversity jurisdiction.

4. VWGoA is filing this Notice of Removal within thirty days of service of the pendency of this action. *See* 28 U.S.C. §1446(b)(1).

5. Venue is proper in this Court because the Court of Common Pleas of Delaware County, where this case was originally filed, is in this District. *See* 28 U.S.C. § 1446(a).

6. Pursuant to 28 U.S.C. § 1446(d), VWGoA is serving a copy of this Notice of Removal on all counsel of record. Notice of the filing of this Notice of Removal will be filed with the Clerk of the Court of Common Pleas of Delaware County.

7. Pursuant to 28 U.S.C. § 1446(a), "a copy of all process, pleadings, and orders served upon" VWGoA prior to the filing of this Notice of Removal is attached as Ex. A.

***Federal Question Jurisdiction under 28 U.S.C. § 1331***

8. The Complaint alleges six causes of action, 1) violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Act; 2) Revocation of Acceptance; 3) Fraud; 4) violation of the Pennsylvania Lemon Law; 5) violation of the Magnusson-Moss Warranty Act; and 6) breach of warranty, all of which are dependent on the construction and application of federal law. *See* Ex. A.

9. This action is based upon allegations concerning a widely publicized EPA Notice of Violation dated September 18, 2015 concerning the alleged installation of emissions testing "defeat devices" in certain Volkswagen diesel vehicles violating emissions standards under the federal Clean Air Act. *See* Ex. A.

10. Federal question jurisdiction exists over state law claims when "plaintiff's right to relief depends on the resolution of a substantial question of federal law." *Franchise Tax Bd. of Cal. v. Constr. Laborers Vacation Trust for S. Cal.*, 463 U.S. 1, 27-28 (1983); *see also Grable v. Sons Metal Productions, Inc. v. Darue Engineering & Manufacturing*, 54 U.S. 308 (2005) (explaining that a complaint alleging only violations of state law does not bar removal to federal court under federal question jurisdiction if "a state-law claim necessarily raise[s] a stated federal

issue, actually disputed and substantial, which a federal forum may entertain without disturbing any congressionally approved balance of federal and state judicial responsibilities").

11. Each of Plaintiff's claims derives from, and is based upon, the EPA Notice and the EPA's public charges of alleged violations of the Clean Air Act. *See* Ex. A.

12. Each of Plaintiff's causes of action requires a resolution of substantial questions of federal law, including the extent to which VWGoA evaded federal emissions standards, thereby violating federal law and Environmental Protection Act regulations, namely the Clean Air Act, and the appropriate remedy for such purported violations. *See* Ex. A ¶¶ 13-16, 19, 21, 25, 29, 31, 43 and 44.

13. Plaintiff is not permitted to "avoid federal jurisdiction by omitting from the complaint allegations of federal law essential to establishment of his claim." *McDaniel v. State*, 2006 U.S. Dist. Lexis 59092, 6 (D.Mont. 2006)(*citing Lippitt v. Raymond James Fin. Servs.*, 340 F.3d 1033, 1041 (9th Circ. 2003); *see also Schulze v. Legg Mason Wood Walker, Inc.*, 865 F. Supp. 277 (W.D. Pa. 1994).

14. This Complaint relies upon the following assumptions and accusations, implicating questions of federal law;

(a) "the Volkswagen defendants had knowingly, willfully, wantonly and recklessly provided the United States Environmental Protection Agency ("EPA)" and other governmental agencies with false information concerning the vehicle's compliance with EPA and other governmental emissions standards." *See* Ex. A at ¶ 13;

(b) "The Volkswagen defendants' conduct resulted in the vehicle failing to operate within the mandated emissions standards set by the EPA and other governmental agencies." *See* Ex. A at ¶ 15;

(c) Assumptions regarding "software that circumvents EPA emissions standards for certain air pollutants" *See* Ex. A at ¶ 16;

(d) Accusations related to "vehicle being non-compliant with EPA and other governmental agencies emissions standards." *See* Ex. A at ¶ 21;

(e) The EPA sent a "Notice of Violation" related to the "Clean Air Act." *See* Ex. A at ¶ 16; and

(f) Assumptions regarding federal emissions standards and regulations. *See* Ex. A.

15. Although the Clean Air Act does not create a private cause of action, the instant actions, while asserted under state law, are in actuality an attempt to enforce the emissions standards established by the EPA. See *Cipollone v. Liggett Group*, 505 U.S. 504, 521 (1992).[1]

16. Thus, this case presents a federal question and satisfies the requirements of 28 U.S.C. § 1331. *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

17. Plaintiffs across the country have already filed over 500 putative class actions and individual actions in federal court against VWGoA based on these same or similar allegations. All of the cases name VWGoA as a defendant, and all request damages based on the allegation that Volkswagen installed "defeat devices" in vehicles purchased by plaintiffs, in violation of the Clean Air Act and EPA regulations. On December 8, 2015, the Judicial Panel on Multidistrict Litigation ("JPML") issued an order transferring the hundreds of pending federal court class actions to the Northern District of California (Breyer, J.) for coordinated and/or consolidated pre-trial proceedings. In its order, the JPML noted that "the actions in this litigation involve common questions of fact, and ... centralization in the Northern District of California will serve

[1] It is also important to note that plaintiff makes allegations under the Magnuson-Moss Warranty Act, 15 U.S.C. 2301, *et seq.*, which is a federal statute over which this Court has original jurisdiction.

the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation." An initial conference in the MDL was held on December 22, 2015. A further conference is scheduled for January 21, 2016. Judge Breyer recently appointed Robert S. Mueller, III as settlement master, with his role being "to use his considerable experience and judgment to facilitate settlement discussions among the various parties in these complex matters." *In Re: Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litigation,* U.S.D.C., N.D. Cal., 3:15-md-02672-CRB, Dkt. No. 797. Central to the need for an MDL proceeding is not only conserving the resources of the litigants but also the conservation of judicial resources.

***Diversity***

18.    Alternatively, removal is proper in the instant case because, in addition to the federal question jurisdiction, there is diversity of citizenship as to all properly joined parties and the amount in controversy exceeds the sum of $75,000.

**I.    Amount in Controversy**

19.    Removal is proper under 28 U.S.C. § 1332(a) as the amount in controversy exceeds $75,000, exclusive of interests and costs. *See* 28 U.S.C. § 1332.

20.    Plaintiff seeks a variety of damages including actual damages, statutory damages, treble damages, punitive and attorneys' fees. *See* Ex. A.[2] The Complaint seeks revocation, rescission and restitution.

21.    Plaintiff's Complaint claims the purchase of the subject vehicle totaled more than $23,000. *See* Ex. A, ¶8.

---

[2] In making its good faith calculations of the amounts being sought by the plaintiff's Complaint, VWGoA does not concede or admit, in any fashion, that any claims for such amounts, or any amounts, have legal or factual merit, and reserves all rights and defenses to such claims.

22. Plaintiff's Complaint also claims that the Pennsylvania Unfair Trade Practice and Consumer Protection Law "authorizes the Court, in its discretion to award up to three (3) times the actual damages sustained." *See* Ex. A, ¶35.

23. The Pennsylvania Unfair Trade Practice and Consumer Protection Law allows for recovery of ascertainable loss, as well as treble damages and attorneys' fees. 73 P.S. §201-1 *et seq.*

24. Attorneys' fees and punitive damages are included in the amount in controversy if they are available to plaintiffs under a statutory cause of action. *See Suber v. Chrysler Corp.*, 104 F.3d 578, 585 (3d Cir. 1997); *see also Golden v. Golden*, 382 F.3d 348, 356 (3d Cir. 2004); *Frederico v. Home Depot, Inc.*, 507 F.3d 188, 199 (3d Cir. 2007). Treble damages are considered punitive damages. *Johnson v. Hyundai Motor America,* 698 A.2d 631 (Pa. Super 1997); *see also Schwartz v. Rockey*, 932 A.2d 885 (Pa. 2007).

25. As plaintiff's Complaint seeks damages up to three times the amount of damages sustained as well as costs and reasonable attorney's fees, the amount in controversy herein exceeds $75,000.00. *See* Ex. A.

26. Additionally, plaintiff's Complaint seeks unspecified punitive damages. *See* Ex. A.

27. Thus, the matter is removable pursuant to 28 U.S.C. § 1332.

28. Although the *ad damnum* clause in the Complaint seeks damages in an amount not in excess of $50,000.00, this does not defeat diversity.[3]

[3] It is also important to note that the *ad damnum* clause in Count III of Plaintiff's Complaint seeks damages in an aggregate <u>amount in excess</u> of $50,000.00 (emphasis added).

29. "Plaintiffs in state court should not be permitted to ostensibly limit their damages to avoid federal court only to receive an award in excess of the federal amount in controversy requirement." *Morgan v. Gay*, 471 F.3d 469, 477 (3d Cir. 2006).

30. Thus, the amount in controversy requirement under 28 U.S.C. § 1332 is met.

**II. Diversity of Citizenship**

31. The diversity of citizenship requirement under 28 U.S.C. § 1332(a) is met.

32. Plaintiff, James Parks, is a citizen of Pennsylvania. *See* Ex. A, ¶1.

33. For removal purposes, a corporation is "deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business." *Id.* § 1332(c)(1).

34. VWGoA is incorporated under the laws of the State of New Jersey and maintains its headquarters and principal place of business in the Commonwealth of Virginia.

35. VWGoA is a citizen of New Jersey and Virginia within the meaning of 28 U.S.C. § 1332.

36. Volkswagen AG ("VWAG"), which has not been served, is a publically held German corporation with its principal place of business located in Germany. As such, VWAG is a citizen of Germany.

37. The remaining defendant, YBH Volkswagen, Inc. ("YBH") is a Pennsylvania corporation with its principal place of business in Pennsylvania, however, its current presence in this action does not defeat diversity.

38. Plaintiff included YBH in this action specifically to defeat diversity, and to improperly undermine VWGoA's right to a federal forum; in effect, unnecessarily burdening the state court system, and defendants, with an artificially based state court action which should be

incorporated in, and coordinated with, the Federal MDL which includes hundreds of similar actions.

39. "Joinder is fraudulent where there is no reasonable basis in fact or colorable ground supporting the claim against the joined defendant, or no real intention in good faith to prosecute the action against the defendants or seek a joint judgment." *Brown v. Jevic*, 575 F.3d 322, 326 (3d Cir. 2009) (quoting *In re Briscoe,* 448 F.3d 201, 217 (3d Cir. 2006)).

40. In the instant case, all claims asserted against YBH involve allegations of violations of the emissions control system. *See* Ex. A. YBH is an independent dealership for the retail sale of Volkswagen vehicles. It is not involved in the design and/or manufacturing of Volkswagen vehicles and would not have been privy to any alleged actions of VWGoA and VWAG.

41. Additionally, the Complaint is devoid of any facts supporting any allegation related to YBH's involvement with or knowledge of the actions alleged in Plaintiff's Complaint or any basis of fraudulent conduct on behalf of YBH. *See* Ex. A. Based upon Plaintiff's allegations, there is no plausible claim against YBH.

42. Further it cannot be disputed that a retail dealer is not involved with certifying motor vehicle emissions with the EPA.

43. YBH was fraudulently joined to defeat diversity, and as such this Court may exercise its jurisdiction pursuant to 28 U.S.C. § 1332 because the remaining parties are citizens of different states. *See Weaver v. Am. Home Prods. Corp.*, 294 F. Supp. 2d 667 (E.D. Pa. 2003).

44. Defendant YBH consents to Removal of this action herein. Counsel for Petitioner has contacted VWAG which has not yet been served in this action. Without VWAG waiving any personal or subject manner jurisdictional right, once properly served, and with full

reservation of such rights, VWAG has given me permission to represent to this Court that it consents to Removal of this action herein.

45. When YBH's citizenship is disregarded, there is complete diversity between plaintiff, VWGoA and VWAG for determining diversity jurisdiction.

46. Therefore, the matter is removable pursuant to 28 U.S.C. § 1332.

47. Finally, this Court can exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367, as to any state claims due to the presence of independent Federal subject matter jurisdiction.

**WHEREFORE**, defendant, Volkswagen Group of America, Inc., effects the removal of this action from the Court of Common Pleas of Delaware County to the United States District Court for the Eastern District of Pennsylvania.

**LAVIN, O'NEIL, CEDRONE & DiSIPIO**

BY: ______________________

Gerard Cedrone, Esquire (Pa. Bar No. 35500)
gcedrone@lavin-law.com
190 N. Independence Mall, West, Suite 500
Philadelphia, PA 19106
(215)627-0303
*Attorneys for Defendant,*
*Volkswagen Group of America, Inc.*

Dated: January 15, 2016

**CERTIFICATE OF SERVICE**

I, Gerard Cedrone, Esquire, hereby certify that a copy of the **NOTICE OF REMOVAL** was served upon the following counsel of record as follows:

Michael Power, Esquire
Power & Associates, P.C.
1790 Wilmington Pike, Suite 200
Glen Mills, PA 19342
***Attorney for Plaintiff***
***Via first class mail***

Gerard Cedrone
Gerard Cedrone, Esquire
*Attorney for Defendant,*
*Volkswagen Group of America, Inc.*

Dated: January 15, 2016

1822352v1

# Exhibit "A"

Michael Power, Esquire
Identification No. 48574
Power & Associates, P.C.
1790 Wilmington Pike
Glen Mills, PA 19342
(610) 558-6220

Attorney for Plaintiff

| | |
|---|---|
| JAMES PARKS<br>1096 N. MIDDLETOWN ROAD<br>MEDIA, PENNSYLVANIA 19063<br><br>Plaintiff<br><br>v.<br><br>VOLKSWAGEN AG<br>BERLINER RING 2 38440<br>WOLFSBURG, LOWER SAXONY, GERMANY<br><br>And<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.<br>C/O CSC<br>2711 CENTERVILLE ROAD<br>WILMINGTON, DE 19808<br><br>And<br><br>YBH VOLKSWAGEN, INC.<br>4940 WEST CHESTER PIKE<br>NEWTOWN SQUARE, PA 19073<br><br>Defendants | COURT OF COMMON PLEAS<br>DELAWARE COUNTY<br>PENNSYLVANIA<br><br>~~TERM~~<br>NO. 2015-10346<br><br>FILED 2015 NOV 30 PM 1:53<br><br>ARBITRATION CASE |

## COMPLAINT

1. Plaintiff, James Parks, is an adult individual citizen and legal resident of the Commonwealth of Pennsylvania, residing at 1096 N. Middletown Road, Media, Pennsylvania 19063.

2. Defendant, Volkswagen AG (sometimes referred to herein as "Volkswagen AG"), is a stock corporation organized, incorporated, existing under, and a legal resident of Germany, with its principle place of business and registered office in Wolfsburg, Germany and can be served at Berliner Ring 2, 38440 Wolfsburg, Lower Saxony, Germany.

3. Defendant, Volkswagen Of America, Inc. (sometimes referred to herein as "Volkswagen"), is a business corporation organized, incorporated, existing under, and a legal resident of the State of Michigan, with its principle place of business located in Michigan and can be served at C/O CSC 25 Interstate Drive, Suite 103, Harrisburg PA 17110. Volkswagen is the United States importer and distributor of Volkswagen AG products and is believed to be a wholly owned subsidiary of Volkswagen AG.

4. Defendant, YBH Volkswagen, Inc. (sometimes referred to herein as "YBH"), is a business corporation organized, incorporated, existing under, and a legal resident of the State of Pennsylvania, and an authorized Volkswagen sales and service dealership with its principle place of business located in Pennsylvania and can be served at 4940 West Chester Pike, Newtown Square, PA 19073.

5. Volkswagen and Volkswagen AG are, at times, jointly referred to hereafter as "the Volkswagen defendants".

6. Venue is proper in Delaware County, Pennsylvania as the defendants conduct extensive business in Delaware County and certain of the transactions or occurrences giving rise to this action arose in Delaware County.

**FACTUAL BACKGROUND**

7. In or about December, 2010, plaintiff purchased a new 2010 Volkswagen Jetta TDI diesel vehicle, manufactured and warranted by defendants, bearing the Vehicle

Identification Number 3VWAL7AJXAM149989 ("the vehicle").  The vehicle was purchased

from YBH and registered to plaintiff in Delaware County, Pennsylvania.

8.    The purchase price of the vehicle, including registration charges, document fees,

sales tax, finance and bank charges but, excluding other collateral charges not specified, yet

recoverable under applicable law, totaled approximately $23,000.  A copy of the vehicle's

window sticker is attached hereto as Exhibit "A".

9.    In consideration for the purchase of the above vehicle, the Volkswagen

defendants issued to plaintiff several written warranties, including, but not limited to, a three (3)

year or thirty-six thousand (36,000) mile "bumper-to-bumper" warranty, a 2 year/24,000 mile

Federal Emissions Performance Warranty as well as an extended power train warranty, delivered

at the time of sale.  In addition, the sales transaction was subject to various implied warranties

imposed by law.  A copy of the model year 2010 Volkswagen USA Warranty and Maintenance

manual is attached as Exhibit "B"

10.    At all times prior to the purchase of the vehicle, defendants represented to

plaintiff that the vehicle complied with all vehicle emissions statutes, standards and regulations

of the United States and the Commonwealth of Pennsylvania.

11.    At all times prior to the purchase of the vehicle, defendants maintained that the

performance of the vehicle including, but not limited to, engine torque, engine horsepower, rate

of acceleration and engine operating temperature were achieved and achievable while complying

with all vehicle emissions statutes, standards and regulations of the United States and the

Commonwealth of Pennsylvania.

12.    Defendants marketed the vehicle as being "Good Clean Diesel Fun" as well as

similar representations regarding the vehicle's ability to deliver performance oriented driving fun

while being environmentally friendly. See Exhibit "A".

13.    Unbeknownst to plaintiff, the Volkswagen defendants had knowingly, willfully, wantonly and recklessly provided the United States Environmental Protection Agency ("EPA") and other governmental agencies with false information concerning the vehicle's compliance with EPA and other governmental emissions standards.

14.    Unbeknownst to plaintiff, the Volkswagen defendants had knowingly, willfully, wantonly and recklessly installed software on the vehicle, as well as other 2010 Volkswagen Jetta TDI vehicles, that would activate the vehicle's emission control systems while those vehicles were undergoing statutorily required emissions tests but would then deactivate all of or substantial portions of the vehicle's emissions control systems while the vehicle was being normally operated on the road with the result that during normal operation, the vehicle would emit far more pollution than was represented by defendants or was permissible under EPA and other governmental emission standards.

15.    The Volkswagen defendants' conduct resulted in the vehicle failing to operate within the mandated emissions standards set by the EPA and other governmental agencies and emitted considerably more pollution than was represented to be the case by defendants.

16.    In a press release dated September 18, 2015, the EPA announced they were issuing a formal Notice of Violation ("NOV") to the Volkswagen defendants stating, in part:

- "Today, EPA is issuing a notice of violation (NOV) of the Clean Air Act (CAA) to Volkswagen AG, Audi AG, and Volkswagen Group of America, Inc. (collectively referred to as Volkswagen). The NOV alleges that four-cylinder Volkswagen and Audi diesel cars from model years 2009-2015 include software that circumvents EPA emissions standards for certain air pollutants"...

-"Using a defeat device in cars to evade clean air standards is illegal and a threat to public health," ...

-As described in the NOV, a sophisticated software algorithm on certain Volkswagen vehicles detects when the car is undergoing official emissions testing, and turns full emissions controls on only during the test. The effectiveness of these vehicles' pollution emissions control devices is greatly reduced during all normal driving situations. This results in cars that meet emissions standards in the laboratory or testing station, but during normal operation, emit nitrogen oxides, or NOx, at up to 40 times the standard. The software produced by Volkswagen is a "defeat device," as defined by the Clean Air Act'"...

17. The Volkswagen defendants have made numerous other public statements admitting responsibility for the alleged conduct.

18. In a September 29, 2015 letter to plaintiff, Volkswagen admitted full responsibility for falsely representing the true levels of emissions emitted by plaintiff's vehicle stating "Volkswagen has violated your trust" and "we are working hard to on remedies to bring vehicles into compliance as soon as possible." See copy of September 29, 2015 letter from Volkswagen to plaintiff attached as Exhibit "C".

19. Defendants knowingly, willfully, wantonly and recklessly placed 2010 Volkswagen Jetta TDI diesel vehicles, including the vehicle purchased by plaintiff, into the marketplace which did not comply with EPA and other governmental emissions standards and emitted considerably more pollution than was represented to be the case by the Volkswagen defendants.

20. Defendants knowingly, willfully, wantonly and recklessly engaged in the aforesaid conduct in an effort to market Volkswagen brand vehicles, including the vehicle

purchased by plaintiff, as both environmentally friendly and performance oriented vehicles.

21.    Defendants' knowing, willful, wanton and reckless conduct has resulted in plaintiff's vehicle being non-compliant with EPA and other governmental agencies emissions standards.

22.    Defendants' aforesaid conduct has been publicly revealed which has had a devastating negative impact on the value of plaintiff's vehicle.

23.    The revelation of defendants' conduct has been personally upsetting to plaintiff and plaintiff's family as plaintiff chose to purchase the subject vehicle in part specifically based on defendants' representations of the vehicle's environmental friendliness which, as plaintiff now knows, were false.

24.    Plaintiff may not lawfully sell or otherwise dispose of his vehicle and/or may not lawfully sell or otherwise dispose of his vehicle without affirmatively advising any buyer or transferee that his vehicle fails to meet EPA and other governmental emissions standards.

25.    No known "repair" or "fix" exists at this time to make plaintiff's vehicle compliant with EPA and other governmental emissions standards.

26.    Plaintiff believes and avers that any subsequent "repair" or "fix" for plaintiff's vehicle will result in a profound loss of vehicle performance including, but not limited to, loss engine torque, loss of engine horsepower, slower acceleration and higher engine operating temperature.

27.    Plaintiff believes and avers that any subsequent "repair" or "fix" for plaintiff's vehicle will result in a profound loss of vehicle value and will require vehicle modifications, additional components and increased upkeep and maintenance costs beyond those necessary to maintain and repair the vehicle as originally marketed and sold.

**COUNT I**
**UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION CLAIM**
**PLAINTIFF V. VOLKSWAGEN AG, VOLKSWAGE AND YBH**

28. Plaintiff hereby incorporates paragraphs 1 through 27 by reference as if set forth at length herein.

29. The Volkswagen defendants knowingly, willfully, wantonly and recklessly provided the EPA and other governmental agencies with knowingly false information concerning 2010 Volkswagen Jetta TDI diesel vehicles' compliance with EPA and other governmental emissions standards.

30. The Volkswagen defendants knowingly, willfully, wantonly and recklessly installed software on the vehicle that would activate the vehicle's emission control systems while the vehicle was undergoing statutorily required emissions tests but would then deactivate all of or substantial portions of the vehicle's emissions control systems while the vehicle was being normally operated on the road.

31. Defendants then falsely marketed, advertised, and represented to the plaintiff and other members of the public that 2010 Volkswagen Jetta TDI diesel vehicles, including plaintiff's vehicle, were compliant with all EPA and other governmental emissions standards and were environmentally friendly vehicles.

32. Defendants' aforesaid conduct constitutes an unfair method of competition or deceptive act or practice.

33. Specifically, defendants' conduct constitutes an unfair method of competition and

an unfair or deceptive act or practice as such conduct meets the definition of 73 P.S. 201-2(4)(v) in that defendants misrepresented the characteristics, benefits, and uses of the vehicle; defendants misrepresented the particular standard, quality or grade as defined by 73 P.S. 201-2(4)(vii); defendants advertised the features of the vehicle with the intent not to sell the vehicle as advertised as defined by 73 P.S. 201-2(4)(ix); and defendants engaged in fraudulent and deceptive conduct which creates a likelihood of confusion or of misunderstanding as defined by 73 P.S. 201-(4)(xxi).

34. In addition, the Unfair Trade Practices and Consumer Protection Law define unfair methods of competition to include the following:

> (xiv). Failing to comply with the terms of any written guarantee or warranty given to the buyer at, prior to, or after a contract for the purchase of goods or services is made.

35. Section 201-9.2(a) of the Unfair Trade Practices and Consumer Protection Law, authorizes the Court, in its discretion, to award up to three (3) times the actual damages sustained for violations of the Act.

WHEREFORE, plaintiff respectfully demands judgment in his favor and against defendants, in an amount equal to the purchase price of the subject vehicle, plus all available collateral charges and attorney fees in an amount not to exceed $50,000.00.

**COUNT II**
**REVOCATION OF ACCEPTANCE OF CONTRACT**
**PLAINTIFF V. VOLKSWAGEN AG, VOLKSWAGEN AND YBH**

36. Plaintiff hereby incorporates paragraphs 1 through 35 by reference as if set forth at length herein.

37. The defects and the conditions suffered by plaintiff's vehicle substantially impair

the vehicle's use, value and safety and render it unfit for the purposes for which plaintiff purchased the vehicle.

38. Plaintiff, almost immediately after discovery of defendants' knowing, willful, wanton and reckless conduct, complained to defendants regarding the vehicle's various emissions nonconformities.

39. Plaintiff has notified defendants that he has revoked his acceptance of the vehicle as a result of the various emission nonconformities. See September 30, 2015 revocation of acceptance letter attached as Exhibit "D".

40. Plaintiff's revocation of acceptance was made in a timely manner.

41. Accordingly, plaintiff demands that the purchase price, including all collateral charges be returned.

WHEREFORE, Plaintiff respectfully demands judgment in his favor and against defendants in an amount not to exceed $50,000.

**COUNT III**

**FRAUD AND CLAIM FOR PUNITIVE DAMAGES**

**PLAINTIFF V. VOLKSWAGEN AG, VOLKSWAGEN AND YBH**

42. Plaintiff hereby incorporates paragraphs 1 through 41 by reference as if set forth at length herein.

43. Defendants knowingly, intentionally and recklessly made false and misleading representations and/or omissions to plaintiff that plaintiff's vehicle complied with all EPA and other agencies emissions standards. Defendants made these false and misleading representations and/or omissions while knowing of the harm that would result from plaintiff's reasonable

reliance on the same and yet defendants acted in conscious disregard of that risk.

44.    Defendants knowingly, intentionally and recklessly made false and misleading representations and/or omissions to plaintiff concerning plaintiff's vehicle's performance standards obtainable while in full compliance with all EPA and other governmental emissions standards. Defendants made these false and misleading representations and/or omissions while knowing of the harm that would result from plaintiff's reasonable reliance on the same and yet defendants acted in conscious disregard of that risk, to induce plaintiff into purchasing the subject vehicle.

45.    Each of the misrepresentations and/or omissions was intentionally false and misleading.

46.    Each of the misrepresentations and/or omissions was made or undertaken to prevent plaintiff from discovering the true status of plaintiff's vehicle's emissions system and performance.

47.    Defendants appreciated the harm that would result to plaintiff from each of the aforesaid misrepresentations and/or omissions and, despite such appreciation of the harm, acted in conscious disregard of the rights of plaintiff.

48.    Each of the misrepresentations and/or omissions made by defendants was made with the intent that plaintiff rely upon such misrepresentations and/or omissions.

49.    Each of the misrepresentations and/or omissions was material.

50.    Plaintiff reasonably relied on the misrepresentations and/or omissions made by

defendants.

51. Plaintiff was damaged as a result of his reliance upon the misrepresentations and/or omissions.

52. The misrepresentations and/or omissions of defendants were made maliciously, wantonly, willfully, oppressively and exhibited a reckless indifference to plaintiff's rights.

53. Defendants' malicious, wanton, willful and oppressive behavior, along with defendants' appreciation of the harm that would befall plaintiff and defendants acting in conscious disregard of plaintiff's rights despite appreciation of the harm that would befall plaintiff subject defendants to punitive damages and plaintiff makes a claim against defendants for punitive damages herein.

WHEREFORE, Plaintiff respectfully demands judgment in his favor and against defendants in an amount equal to the purchase price of plaintiff's vehicle, all monies paid to any defendant by plaintiff and all consequential and incidental damages, plus all available collateral charges and attorney fees along with punitive damages in an aggregate amount in excess of $50,000.

**COUNT IV**
**LEMON LAW**
**PLAINTIFF V. VOLKSWAGEN AG AND VOLKSWAGEN**

54. Plaintiff hereby incorporates paragraphs 1 through 53 inclusive as if set forth fully below.

55. Plaintiff is a "Purchaser" as defined by 73 Pa. C.S.A. §1952.

56. The Volkswagen defendants are each a "Manufacturer" as defined by 73 Pa.

C.S.A. §1952.

57. YBH is and/or was at the time of sale a Motor Vehicle Dealer in the business of buying, selling, and/or exchanging vehicles as defined by 73 Pa. C.S.A. §1952 as well as an authorized service and repair facility of Volkswagen.

58. In or about December, 2010, plaintiff purchased the above mentioned vehicle which contained a non-conformity as defined by 73 Pa. C.S.A. §1951 et. seq., which substantially impairs the use, value and/or safety of the vehicle.

59. The non-conformities described violate the express written warranties issued to plaintiff by the Volkswagen defendants.

60. Section 1956 of The Pennsylvania Automobile Lemon Law provides a presumption of a reasonable number of repair attempts if the subject vehicle:

> (1) "... has been subject to repair three times by the manufacturer, its agents or authorized dealers and the non-conformity still exist...or
>
> (2) ... is out of service by reason of any non-conformity for a cumulative total of thirty of more calendar days."

61. Plaintiff has satisfied the above definition as his vehicle has been subject to service more than three (3) times at YBH, the Volkswagen defendant's authorized service dealer, and the non-conformity remained, and remains, uncorrected.

62. Plaintiff has delivered the non-conforming vehicle to YBH, an authorized service and repair facility of the Volkswagen defendants on numerous occasions. After a reasonable number of service visits, YBH failed to diagnose, disclose and/or repair the vehicle's non-conformities.

63. Plaintiff has been and will continue to be financially damaged due to the Volkswagen defendants' intentional, reckless, wanton and negligent failure to comply with the

provisions of 73 Pa. C.S.A. §1951 et. seq.

64. Pursuant to 73 Pa. C.S.A. §1958, plaintiff seeks relief for losses due to the non-conformities and defects in the above-mentioned vehicle in addition to reasonable attorney fees and all court costs.

65. Section 1961 of The Pennsylvania Automobile Lemon Law, provides that a violation of its provisions is also a violation of the Unfair Trade Practices and Consumer Protection Law.

WHEREFORE, plaintiff respectfully demands judgment in his favor and against the Volkswagen defendants in an amount equal to the purchase price of the subject vehicle, plus all available collateral charges and attorney fees in an amount not to exceed $50,000.00.

**COUNT V**
**MAGNUSON-MOSS CLAIM**
**PLAINTIFF V. VOLKSWAGEN AG, VOLKSWAGEN AND YBH**

66. Plaintiff hereby incorporates paragraphs 1 through 65 by reference as if set forth at length herein.

67. Plaintiff is a "Consumer" as defined by 15 U.S.C. 2301(3).

68. The defendants are each a "Warrantor" as defined by 15 U.S.C. §2301(5).

69. By the terms of the express written warranties referred in this Complaint as well as implied warranties imposed by law, defendants agreed to perform reasonable effective warranty repairs on plaintiff's vehicle at no charge for parts and/or labor.

70. The Volkswagen defendants' authorized service facility, YBH, has made attempts on several occasions to comply with the terms of its express warranties and implied warranties,

however, such repair attempts on plaintiff's vehicle have been ineffective and/or were not performed reasonably or not performed within a reasonable time because the plaintiff's vehicle remains defective in the manner described above. Notwithstanding these several service visits, the YBH failed to repair the above-described defects in plaintiff's vehicle.

71. As a direct and proximate result of defendants' failure to comply with the express written warranties, plaintiff has suffered damages and, in accordance with 15 U.S.C. §2310(d)(1), plaintiff is entitled to bring suit for such damages and other legal and equitable relief.

72. Plaintiff avers that upon successfully prevailing upon the Magnuson-Moss claim herein, all reasonable attorney fees are recoverable and are demanded against defendants.

WHEREFORE, plaintiff respectfully demands judgment in his favor and against defendants in an amount equal to the purchase price of the subject vehicle, plus all available collateral charges and attorney fees in an amount not to exceed $50,000.00.

**COUNT VI**
**BREACH OF WARRANTY**
**PLAINTIFF V. VOLKSWAGEN AG, VOLKSWAGEN AND YBH**

73. Plaintiff hereby incorporates paragraphs 1 through 72 by reference as if set forth at length herein.

74. The defects and non-conformities existing within plaintiff's vehicle constitute a breach of contractual and statutory obligations of defendants including, but not limited to, the following:

a. Express Warranty;

b. Implied Warranty Of Merchantability as set forth in the Pennsylvania Uniform Commercial Code; and

c. Implied Warranty Of Fitness For A Particular Purpose as set forth in the Pennsylvania Uniform Commercial Code.

75. At the time he purchased the vehicle and at all times subsequent thereto, plaintiff had justifiably relied upon defendants' express warranties and implied warranties of fitness for a particular purpose and implied warranties of merchantability regarding the vehicle.

76. At the time he purchased purchase and at all times subsequent thereto, defendants were aware plaintiff was relying upon defendants' express and implied warranties, obligations, and representations regarding the subject vehicle.

77. Plaintiff has incurred damages as a direct and proximate result of the breach and failure of defendants to honor their express and implied warranties on the vehicle.

78. Such damages include, but are not limited to, the purchase price of the vehicle plus all collateral charges, including attorney fees and costs, as well as other expenses, the full extent of which are not yet known.

WHEREFORE, plaintiff respectfully demands judgment in his favor and against defendants, in an amount equal to the purchase price of the subject vehicle, plus all available collateral charges and attorney fees in an amount not to exceed $50,000.00.

**POWER & ASSOCIATES, P.C.**

Michael Power, Esq.
Attorney for Plaintiff
1790 Wilmington Pike
Suite 200
Glen Mills, PA 19342



# 2010 Jetta TDI

The People Want Good Clean Diesel Fun

Exterior: Black Exterior Interior: Cornsilk Leatherette Interior

**STANDARD FEATURES** (unless replaced by options)

**PERFORMANCE/HANDLING**
- 2.0L 140 horsepower, 236 lbs-ft torque inline 4cyl TDI® engine
- Front-Wheel Drive
- Electro-mechanical power steering
- Independent front & rear suspension
- Anti-lock Braking system (ABS)
- Anti-Slip Regulation (ASR)
- Electronic Stabilization Program (ESP)
- Electronic differential lock (EDL)
- 16" alloy wheels w/ 205/55/R16, all-season tires

**SAFETY/DURABILITY**
- Driver & front passenger airbag supplemental restraint system
- Driver & front passenger side airbag supplemental restraint system
- Side Curtain Protection® head impact airbags, front & rear
- 3-point safety belts, all seating positions
- Head restraints for all seating positions
- Lower Anchors & Tethers for Children (LATCH)
- Child safety rear door locks
- Daytime Running Lights (DRL)
- Height adjustable front safety belts
- Side protection door beams
- Front & rear power assisted disc brakes
- Tire Pressure Monitoring System (TPMS)

**COMFORT/CONVENIENCE**
- Climatic air-conditioning, CFC-free
- V-Tex Leatherette Comfort Seats
- 8-way partial power front seats
- Heatable front seats
- 60/40 split folding rear seat
- Rear seat armrest w/pass-through
- Power, heatable outside mirrors
- Adjustable intermittent front wipers/washer system
- Cruise control
- Height adjustable, telescoping steering column
- Touchscreen radio w/in dash 6 disc changer
- Bluetooth® mobile telephone connectivity
- Sirius® Satellite Radio w/6 month complimentary subscription
- Power windows w/pinch protection
- Anti-theft alarm w/immobilizer theft deterrent system w/remote locking
- Multifunction trip computer
- Heated windshield washer nozzles
- Leather wrapped, multifunction steering wheel
- Leather wrapped brake handle & shift knob
- 115V power outlet

**Manufacturer's Suggested Retail Price:** $22,830.00

**DRIVER CARE PACKAGE**

WARRANTY INFORMATION
- Volkswagen New Vehicle Limited Warranty
  * 3 years/36,000 miles (whichever occurs first)
- Powertrain Limited Warranty
  * 5 years/60,000 miles (whichever occurs first)
- Limited Warranty against Corrosion Perforation
  * 12 years/unlimited mileage
  * Please ask your dealer for a copy of the Volkswagen warranty booklet for details

24-HOUR ROADSIDE ASSISTANCE
- 3 years/36,000 miles (whichever occurs first) towing coverage for warranty related failures and battery jumpstarts. Provided by a third party supplier.

VOLKSWAGEN CAREFREE MAINTENANCE
Scheduled maintenance services described in the Volkswagen Maintenance booklets are covered at no charge for 3 years/36,000 miles (whichever occurs first)

**PACKAGES/OPTIONS**

| | |
|---|---|
| Black Exterior | No Charge |
| Cornsilk Leatherette Interior | No Charge |
| 6-Speed DSG® Auto. Transmission w/Tiptronic® | $1,100.00 |
| Media Device Interface for iPod® Integration | $199.00 |
| Destination Charge | $750.00 |

**Total Price: $24,879.00**

Fuel, license, title fees, taxes and dealer-installed accessories are not included.

## PARTS CONTENT INFORMATION

| FOR VEHICLES IN THIS CARLINE: | FOR THIS VEHICLE: |
|---|---|
| U.S./CANADIAN PARTS CONTENT: 8% | FINAL ASSEMBLY POINT: PUEBLA, MEXICO |
| MAJOR SOURCES OF FOREIGN PARTS CONTENT: | COUNTRY OF ORIGIN: |
| GERMANY: 35% | ENGINE: GERMANY |
| MEXICO: 35% | TRANSMISSION: GERMANY |

NOTE: PARTS CONTENT DOES NOT INCLUDE FINAL ASSEMBLY, DISTRIBUTION OR OTHER NON-PARTS COSTS.

## EPA Fuel Economy Estimates

These estimates reflect new EPA methods beginning with 2008 models.

**CITY MPG 30**
Expected range for most drivers 24 to 36 MPG

**Estimated Annual Fuel Cost $1,191**
based on 15,000 miles at $2.70 per gallon

Combined Fuel Economy
This Vehicle 34
11 — 42
All Compact Cars

**HIGHWAY MPG 42**
Expected range for most drivers 34 to 50 MPG

**Your actual mileage will vary depending on how you drive and maintain your vehicle.**

See the FREE Fuel Economy Guide at dealers or www.fueleconomy.gov

Volkswagen of America, Inc.

SOLD TO: 408485
NORTH PENN IMPORTS, INC.
165 BETHLEHEM PIKE
COLMAR, PA 18915

SHIP TO: 408485
NORTH PENN IMPORTS, INC.
165 BETHLEHEM PIKE
COLMAR, PA 18915

VIN: 3VWAL7AJXAM149989
Port of Entry: DAVISVILLE
Transportation Method: TRUCK
COMM NUM: C67296

## GOVERNMENT SAFETY RATINGS

| | | |
|---|---|---|
| Frontal Crash | Driver | ★★★★ |
| | Passenger | ★★★★ |

Star ratings based on the risk of injury in a frontal impact. Frontal ratings should ONLY be compared to other vehicles of similar size and weight.

| | | |
|---|---|---|
| Side Crash | Front Seat | ★★★★★ |
| | Rear Seat | ★★★★★ |

Star ratings based on the risk of injury in a side impact.

| | |
|---|---|
| Rollover | ★★★★ |

Star ratings based on the risk of rollover in a single vehicle crash.

Star ratings range from 1 to 5 stars (★★★★★) with 5 being the highest.

Source: National Highway Traffic Safety Administration (NHTSA).

**www.safercar.gov or 1-888-327-4236**

Who better to get you into a Volkswagen than us? Volkswagen Credit

PLAINTIFF'S
EXHIBIT




PLAINTIFF'S
EXHIBIT
13

# USA Warranty and Maintenance

*Volkswagen*
*Model year 2010*

USA Warranty and Maintenance | Volkswagen
Print status: 10.2009
| Art.-Nr.: 103.5W5.WAM.23 | Ausgabe: englisch Nordamerika 11.2009
C.210.I.5.ING.21.2.4.048



# Table of contents

**Warranty** ........ 2
- Owner's Information ........ 2
- New Vehicle Limited Warranty ........ 3
- Powertrain Limited Warranty ........ 6
- Limited Warranty Against Corrosion Perforation ........ 9

**Federal Emissions Warranties** ... 11
- General ........ 11
- Federal Emissions Control System Defect Warranty ........ 11
- Federal Emissions Performance Warranty 12
- Additional Information About Your Federal Emissions Warranties ........ 14

**Kansas Safety Belt Limited Warranty** ........ 16
- Information about Kansas Safety Belt Limited Warranty ........ 16

**Customer Care** ........ 17
- Volkswagen dealer assistance ........ 17
- Volkswagen corporate assistance ........ 17
- Repairs not covered by warranty ........ 18

**Consumer Protection Information** 19
- BBB AUTO LINE Dispute Resolution ...... 19
- State-Specific Warranty Enforcement Laws 19
- NOTICE TO CALIFORNIA PURCHASERS . 20

**Service Publications** ........ 22
- Volkswagen Technical Literature Ordering Center ........ 22

**Tire Manufacturers** ........ 23
- List of tire manufacturers for new Volkswagen vehicles ........ 23

**Maintenance** ........ 24
- Warranty voucher ........ 24
- Odometer replacement and other dealer stamps ........ 25
- Service information ........ 26
- Volkswagen Carefree Maintenance Program ........ 27
- Service schedule ........ 29
- Additional service ........ 39
- Service at 5,000, 10,000, 15,000, 20,000, 25,000, 30,000, and 35,000 miles for 3.0L TDI engine only (Included in the Volkswagen Carefree Maintenance Program) ........ 40
- Service at 40,000 miles and every 5,000 miles after for 3.0L TDI engine only: ...... 42
- Brake fluid replacement ........ 46

# Warranty

## Owner's information

Dear Owner,

This booklet contains the limited warranties applicable to your new Volkswagen model. Please read these limited warranties carefully to determine your warranty rights and obligations.

Your New Vehicle Limited Warranty includes virtually bumper to bumper coverage for 3 years or 36,000 miles, whichever occurs first and powertrain limited warranty coverage for 5 years or 60,000 miles, whichever occurs first. Your vehicle has a limited warranty corrosion against perforation for a period of 12 years irrespective of mileage.

In addition, your vehicle is covered by emissions limited warranties mandated by Federal law. If you are a resident of the State of California, Connecticut, Maine, New Jersey, New York, Oregon, Rhode Island, Vermont, Washington or the Commonwealths of Massachusetts and Pennsylvania and have purchased a California emissions equipped vehicle, you may also have rights under California mandated emissions warranties. Please consult these warranties whenever a repair to your emission control system is required to determine whether it is covered by warranty. Your satisfaction in understanding the limited warranties that apply to your Volkswagen model is important to us. Any questions concerning warranty coverage should be directed to:

Volkswagen Group of America, Inc.
Customer CARE
3499 West Hamlin Road
Rochester Hills, MI 48309
Telephone: 1 (800) 822-8987

Refer to the California Emissions Warranty Supplement for additional information on California Emissions Warranty coverage.

In addition to and separate from the above comprehensive warranty package, Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") also offers you complimentary participation in the Volkswagen Carefree Maintenance Program described in this booklet.

If you have a concern or you are not satisfied with the service that you receive from your dealer, we suggest that you discuss it with the Service Manager at your dealership. If it is not resolved through your dealership, you may call or write to the Volkswagen Customer CARE Center.

In the event that your authorized Volkswagen dealer or Volkswagen Customer CARE Representative has been unable to address the concern to your satisfaction, you may take advantage of BBB AUTO LINE, a program administered through the Council of Better Business Bureaus. The BBB AUTO LINE program offers both mediation and arbitration services for the resolution of disputes arising while a vehicle is under warranty.

Complete details of Volkswagen's Customer CARE programs begin on ⇒ page 17.

- Notice of Address Change
- Notice of Used Car Purchase

The "National Traffic & Motor Vehicle Safety Act of 1966" requires manufacturers to be in a position to contact vehicle owners if a correction of a safety-related defect or a noncompliance with an applicable Federal motor vehicle safety standard becomes necessary. If you change your address or buy a used Volkswagen model, complete one of the postcards in the middle of this booklet. You need not use this card if you purchased your Volkswagen through an authorized Volkswagen dealer. ◀

# New Vehicle Limited Warranty

## What is covered

### Warranty period

The New Vehicle Limited Warranty period is 3 years or 36,000 miles, whichever occurs first.

Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.

You are required to use the BBB AUTO LINE procedure before pursuing any legal remedy under 15 U.S.C. 2310(d) with respect to the New Vehicle Limited Warranty. You may also be required to use the BBB AUTO LINE procedure before pursuing legal remedies under your state lemon law. Please refer to the Consumer Protection Information section of this booklet for more information.

### Coverage

This limited warranty covers any repair to correct a manufacturer's defect in material or workmanship except wheel alignment, tire balance, and the repair or replacement of tires.

The repair or replacement of wear and tear items, which are defined as brake pads worn below manufacturer specifications, brake discs worn below manufacturer specifications, and light bulbs[1] replaced for wear and tear, are covered up to one year or 12,000 miles, whichever occurs first. Wiper blades replaced for wear and tear are covered up to 6 months or 6,000 miles, whichever occurs first.

**Original Equipment Battery**

Original equipment batteries are covered 100% parts and labor for 2 years or 24,000 miles, whichever occurs first, for defects in material or workmanship.

Mechanical Adjustments

Mechanical adjustments not associated with a defect in material and workmanship, are covered up to one year or 12,000 miles, whichever occurs first (i.e. headlight adjustment).

Towing / Jump start

Towing service to the nearest authorized Volkswagen dealer and/or a jump start are covered for 3 years or 36,000 miles, whichever occurs first, IF your vehicle is inoperable AND the failure is warrantable.

Refer to the 24-Hour Roadside Assistance Owner's Guide for specific details on the services provided.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States New Vehicle Limited Warranty, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser ▶

[1] Excludes Halogen and Xenon headlight bulbs, which are covered for 3 years or 36,000 miles, whichever occurs first. Headlight bulbs damaged by outside influence are not covered.

or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

This New Vehicle Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

### Free-of-charge repair

Repairs under this limited warranty are free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with a new or remanufactured genuine Volkswagen part.

### Emergency repairs

If an emergency repair was performed by a non-Volkswagen service facility, keep all receipts, repair orders, and parts removed from your Volkswagen model.

You will be reimbursed if the repair work was needed and correctly performed and it was impossible or unreasonable under the circumstances to tow or drive your Volkswagen model to the nearest authorized Volkswagen dealer.

A statement of the circumstances that prevented you from getting to an authorized Volkswagen dealer, together with the paid receipts, repair orders, and replaced parts must be submitted to your authorized Volkswagen dealer in order to be considered for reimbursement. ◄

## What is not covered

### Tires

Tires are not covered by this warranty, but are separately warranted by the tire manufacturer. To assist you in obtaining related Warranty information, a list of tire manufacturers and addresses is provided at the end of this booklet. Verify with the tire manufacturer what is covered under their warranty.

### Maintenance services[2] and mechanical adjustments

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service[2].

This limited warranty does not cover the replacement of spark plugs, clutch discs, filters, oil, lubricants, fluids, or air conditioner refrigerant charge, unless their replacement is a necessary part of warranty service on a covered component.

Mechanical adjustments not associated with a defect in material or workmanship are not covered after the first year or 12,000 miles, whichever occurs first (i.e. headlight adjustment). This limited warranty does not cover wheel alignment or tire balancing.

### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- damage or malfunctions which are the result of improper repair of the vehicle, installation of any non Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or ►
- damage or malfunctions caused by collision or modifications of the vehicle, including but not limited to the installation of engine management components not approved by Volkswagen; or
- damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or
- damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This limited warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle.

### Damage or malfunctions due to lack of maintenance

This limited warranty does not cover damage or malfunctions due to failure to follow recommended maintenance and use requirements as set forth in the Volkswagen Owner's Manual and the Maintenance section of this booklet.

Your dealer will deny warranty coverage unless you present to the dealer proof in the form of Service or Repair Orders that all scheduled maintenance was performed in a timely manner.

### Damage caused by the environment

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, stones, floodwater, windstorms, tree sap or other similar occurrences.

### Glass

This limited warranty does not cover glass breakage, unless due to a defect in manufacturer's material or workmanship.

### Odometer tampering

These limited warranties do not cover repairs on a Volkswagen model on which the odometer has been altered or on which the actual mileage cannot readily be determined.

If the speedometer unit is replaced, a "Speedometer Replacement Record" must be filled out by an authorized Volkswagen dealer.

### Other expenses

This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging[3].

This limited warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

### Other terms

This New Vehicle Limited warranty is issued by Volkswagen. This limited warranty does not apply to Volkswagen vehicles or parts and accessories not imported or distributed by Volkswagen.

This warranty, the Limited Warranty Against Corrosion Perforation, the Powertrain Limited Warranty and the Emissions Warranties are the only express warranties made in connection with the sale of this Volkswagen model. Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.

Some states do not allow limitations on how long an implied warranty lasts, so, the above limitation may not apply to you.

Volkswagen reserves the right to make improvements or change the design of any Volkswagen model at any time with no obligation to make similar changes on vehicles previously sold.

Neither Volkswagen nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf. ◄

2) Some specific maintenance services are covered by the Volkswagen Carefree Maintenance Program. Please consult the Volkswagen Carefree Maintenance Program guidelines in the maintenance section of this booklet.

3) Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you. This warranty gives you specific legal rights and you may also have other rights, which vary from state to state.

# Powertrain Limited Warranty

## What is covered

### Warranty period

The coverage under this warranty lasts for 5 years or 60,000 miles whichever occurs first, from the date the vehicle was first placed in service.

This limited warranty does not apply to vehicles used for commercial purposes including but not limited to taxi, courier or delivery service, or limousine.

If a commercial vehicle is sold to a subsequent retail owner, this warranty still does not apply.

Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.

### Coverage

The Powertrain Limited Warranty covers any repair to correct a manufacturer's defect in material or workmanship for the following Volkswagen parts and components:

Engine: Cylinder block and all internal parts, cylinder head and all internal parts, valve train, spur belt, flywheel, oil pump, water pump, manifolds, all related seals and gaskets.

Transmission: Case and all internal parts, torque converter, all related seals and gaskets.

Drivetrain: Differential and all internal parts, drive shafts and constant velocity (CV) joints.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this warranty will not apply. Defects in material or workmanship will be corrected under the terms of the limited warranty for new Volkswagen vehicles in effect in that country (except Canada).

Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Powertrain Limited Warranty, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

The Powertrain Limited Warranty is automatically transferred without cost if the ownership of the vehicle changes within the Warranty period.

### Free-of-charge repair

Repairs under this warranty are made free of charge. Your authorized Volkswagen dealer will repair the defective part or replace it with a new or remanufactured genuine Volkswagen part. ◀

## What is not covered

### Maintenance services

This limited warranty does not cover the cost of parts and labor involved in any scheduled maintenance service. Scheduled maintenance services are described in the maintenance section of this booklet. Also see the Volkswagen Carefree Maintenance Program outlined in the maintenance section of this booklet.

This limited warranty does not cover the replacement of filters, oil, lubricants or fluids unless their replacement is a necessary part of warranty service on a covered component.

### Damage or malfunctions due to misuse, negligence, alteration, accident or fire

This limited warranty does not cover:

- damage or malfunctions which are the result of improper repair of the vehicle, installation of any non Genuine Volkswagen parts that will alter the vehicle performance specifications from those set by the vehicle manufacturer, modifications to the vehicle (including the engine management system), accessories including but not limited to alarm systems, remote starters, roof racks or communications equipment, defects or failures resulting from the use of new parts not sold or approved by Volkswagen, or used parts, or the resultant damage to associated parts or systems; or
- damage or malfunctions which were caused by the alteration of the vehicle, in particular any major or structural alterations including but not limited to the conversion of the vehicle to a convertible or the modification of the roof to accommodate a glass roof structure or other similar structural alterations; or
- damage or malfunctions caused by using contaminated or improper fuel, intentional or unintentional misfueling; or
- damage or malfunctions caused by collision or modifications of the vehicle including but not limited to the installation of engine management components not approved by Volkswagen; or
- damage or malfunctions resulting from the use of the vehicle in competitive events or caused by accident or fire; or
- damage or malfunctions resulting from continued operation of the vehicle after a warning light, gauge reading or other warnings indicate a mechanical or operational problem; or
- damage or malfunctions due to suspension modifications, including but not limited to the installation of aftermarket springs, shock absorbers, or lowering kits.

This warranty does not cover vehicles severely damaged or declared to be a total loss by an insurer or vehicles substantially re-assembled from or repaired with parts obtained from another used vehicle.

### Wear and tear items

This limited warranty does not cover the replacement of any powertrain components that wear as a result of normal use or deterioration.

### Damage or malfunctions due to lack of maintenance

This limited warranty does not cover damage or malfunctions which are due to failure to follow recommended maintenance requirements as set forth in the Volkswagen Owner's Manual and the maintenance section of this booklet. Your dealer will deny warranty coverage unless you present to the dealer proof in the form of service or repair orders that all scheduled maintenance was performed in a timely manner.

### Damage caused by the environment

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, tree sap, stones, flood water, windstorm or other similar occurrences.

### Other expenses

This limited warranty does not cover any incidental or consequential damage, including loss of value of the vehicle, lost profits or earnings, or out-of-pocket expenses for substitute transportation or lodging[4]. ▶

[4] Some states do not allow the exclusion or limitation of incidental or consequential damage, so this limitation or exclusion may not apply to you.

The "Other Terms" Presented in The New Vehicle Limited Warranty also apply to this warranty. ◀

# Limited Warranty Against Corrosion Perforation

## What is covered

### Warranty period

The coverage under this limited warranty lasts for 12 years without mileage limitation.

Any implied warranty, including any implied warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the period of this written warranty. Some states do not allow limitations on how long an implied warranty lasts, so this limitation may not apply to you.

Neither Volkswagen nor the manufacturer assumes, or authorizes any person to assume, any other obligation or liability on its behalf.

### Coverage

This limited warranty covers any repair or replacement of body sheet metal panels that have been perforated by rust from the inside out.

### Where to go for warranty service

This limited warranty will be honored by any authorized Volkswagen dealer in the United States, including its territories.

If your Volkswagen model is brought to an authorized Volkswagen dealer outside the United States, including its territories, this limited warranty will not apply. Defects in material or workmanship will be corrected under the terms of the warranty for new Volkswagen vehicles in effect in that country (except Canada).

**Warranty repairs while traveling in Canada**

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Limited Warranty Against Corrosion Perforation, Canadian dealers can submit a warranty claim. Proof of United States residence is required. If the Canadian dealer cannot submit your warranty claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### When the warranty period begins

The limited warranty period begins on the date the vehicle is delivered to either the original purchaser or the original lessee; or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

This Limited Warranty Against Corrosion Perforation is automatically transferred without cost if the ownership of the vehicle changes within the warranty period.

### Free-of-charge repair

Repairs under this limited warranty are made free of charge. An authorized Volkswagen dealer will repair the defective part or replace it with a new or remanufactured genuine Volkswagen part.

**Tips**

Your Volkswagen model is corrosion protected at the factory. You do not need to purchase rust-proofing when you buy your Volkswagen model in order to keep this warranty in effect. ◀

## What is not covered

**Surface corrosion without perforation**

Repairs are covered under this limited warranty only if there is a rust-through condition in the body sheet metal not caused by outside influences.

**Perforation of sheet metal due to accident, lack of care, or failure to repair or modifications to the paint/painted surface**

This limited warranty does not cover corrosion perforation resulting from the failure to promptly repair paint damage, damaged undercoating, or surface corrosion.

It does not cover damage due to failure to wash or otherwise regularly care for the vehicle as described in the Volkswagen Owner's Manual.

This limited warranty does not cover corrosion perforation resulting from unrepaired collision damage or improper collision repair.

**Special exclusion for any aluminum portions that may be part of your Volkswagen vehicle**

This limited warranty does not cover corrosion perforation due to failure to perform body repairs in accordance with Volkswagen's specified repair procedures, including use of non-aluminum alloy parts.

It does not cover corrosion perforation resulting from the use of any inferior rustproofing agent or method.

Your authorized Volkswagen dealership will do its best to match your vehicles original finish, but this limited warranty does not cover the cost of painting the entire vehicle solely for paint matching.

**Environmental damage**

This limited warranty does not cover damage caused by airborne industrial pollutants (e.g. acid rain), bird droppings, stones, flood water, wind storms, tree sap or other similar occurrences.

**Corrosion perforation because of failure to rust-proof when collision damage is repaired**

Body parts that have been repaired or newly installed after a collision must be treated with a rustproofing agent that is compatible with Volkswagen's own factory corrosion protection. If you fail to have your vehicle treated in this way after a collision, Volkswagen will not be responsible for the repair of any resulting rust-through.

Tips

The "Other Terms" presented in the New Vehicle Limited Warranty also apply to this warranty. ◄

# Federal Emissions Warranties

## General

The Emissions Warranties set out on the following pages are warranties which the manufacturer is required by law to furnish to you at the time you take delivery of your new vehicle. These coverages may also be included in the Volkswagen 3 years / 36,000 miles New Vehicle Limited Warranty.

The warranties required by federal laws apply to all new Volkswagen vehicles imported and distributed by Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") for sale in the United States, including its territories. The warranties required by the State of California law apply to all new Volkswagen vehicles imported and distributed by Volkswagen for sale and registration in the State of California, Connecticut, Maine, New Jersey, Oregon, Rhode Island, Vermont, Washington and the Commonwealths of Massachusetts and Pennsylvania. Therefore, the owner of an above mentioned vehicle may have warranty rights under both Federal and State mandated emissions warranties.

The State of New York has adopted emissions warranty requirements identical to California mandated emissions warranties ONLY for vehicles equipped to meet California's Partial Zero Emission Vehicle (PZEV) emission requirements, as identified on the Vehicle Emission Control Information Label located on the hood. Therefore, the owner of a Volkswagen model equipped to meet California's PZEV emissions requirements and imported and distributed by Volkswagen for sale and registration in New York may have warranty rights under both Federal and state mandated emissions warranties.

Please read these warranties carefully. If you have any questions concerning the applicability of each warranty to your vehicle or want to know whether a particular repair will be performed free of charge pursuant to these warranties, please write to or telephone:

Volkswagen Group of America, Inc.
Customer CARE
3499 West Hamlin Road
Rochester Hills, MI 48309
Tel.: 1 (800) 822-8987 ◄

# Federal Emissions Control System Defect Warranty

## For 2 years or 24,000 miles

Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen"), the authorized United States importer of Volkswagen vehicles, warrants to the original retail purchaser or original lessee and any subsequent purchaser or lessee that every model year 2010 Volkswagen vehicle imported by Volkswagen:

- was designed, built and equipped so as to conform at the time of sale with all applicable regulations of the United States Environmental Protection Agency (EPA), and
- is free from defects in material and workmanship which causes the vehicle to fail to conform with EPA regulations for 2 years after the date of first use or delivery of the vehicle to the original retail purchaser or original lessee or until the vehicle has been driven 24,000 miles, whichever occurs first.

A warranted part is any part installed on a motor vehicle or motor vehicle engine by the vehicle or engine manufacturer, or installed in a warranty repair, which affects any regulated emission from a motor vehicle or engine which is subject to EPA emission standards. The following parts ►

or systems listed, if defective, could cause the vehicle to fail to conform with EPA regulations:

- Evaporative Emission Control System: including fuel tank, filler cap, filler neck and leak detection pump
- Exhaust System: including manifolds, turbochargers, catalytic converters, down pipes and particulate filter
- EGR System: including valves, pipes and coolers
- Fuel Injection System: including control modules, sensors, switches, valves and fuel lines
- Intake System: including camshaft adjuster units, sensors, manifold, pipes and control valves
- Ignition System: including coils and sensors
- OBD System: including Malfunction Indicator Lamp (MIL) and Data Link Connector
- PCV System: including control valves and pipes
- Secondary Air Injection System: including air pump and control valves
- Emission-related hoses, gaskets, clamps and other accessories used with the above components

The obligation of Volkswagen under this warranty is limited, however, to the following: If within this period a defect in material or workmanship causes the vehicle to fail to conform with EPA regulations and the vehicle is brought to the workshop of any authorized Volkswagen dealer in the United States, including its territories the dealer will make repairs as may be required by these regulations free of charge. ◀

## For 8 years or 80,000 miles

If the vehicle has been in use for more than 24 months or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, your Volkswagen dealer will repair or replace free-of-charge the following major emission control components only:

- Catalytic Converter and Particulate Filter
- Engine Electronic Control Module
- On Board Diagnostic Device (OBD) ◀

# Federal Emissions Performance Warranty

## For 2 years or 24,000 miles and 8 years or 80,000 miles

Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen"), to the original retail purchaser or original lessee of a model year 2010 Volkswagen vehicle and any subsequent purchaser or lessee of the vehicle that if the following conditions are met, any authorized Volkswagen dealer in the United States, including its territories, will remedy any nonconformity, as determined below, free of charge, under the following conditions:

- the vehicle fails to conform at any time during 24 months or 24,000 miles, whichever occurs first, to applicable emission inspection standards as determined by an EPA Approved State Smog Check inspection, or
- if the vehicle has been in use for more than 24 months or 24,000 miles, but less than 8 years or 80,000 miles, whichever occurs first, the vehicle fails a Smog Check inspection resulting from a malfunction of a catalytic converter, particulate filter, engine electronic control module or on-board diagnostic device (OBD), and
- the failure of the Smog Check inspection requires the vehicle owner to bear any penalty or other sanction, including the denial of the right to use the vehicle under local, state or federal law, and
- the vehicle has been maintained and operated in accordance with Volkswagen's instructions for proper maintenance and use. ◀

## Performance Warranty claim approval

You may raise a claim under this warranty immediately after your vehicle has failed a Smog Check inspection if, as a result of that failure, you are required by law to repair the vehicle to avoid imposition of a penalty or cancellation of your right to use the vehicle. You need not actually suffer the loss or lose the right to use your vehicle or pay for the repair before presenting your claim.

Claims may be presented only by bringing your vehicle to any authorized Volkswagen dealer in the United States, including its territories. The dealer will honor or deny your claim within a reasonable time, not to exceed thirty (30) days, from the time at which your vehicle is presented for repair or within any time period specified by local, state or Federal law, whichever is shorter, except when a delay is caused by events not attributable to Volkswagen or the dealer. If the dealer denies your claim, you will be notified in writing of the reasons for rejecting the claim. If you do not receive notice of denial of your claim within the above time period, Volkswagen is required by law to honor the claim.

Under certain circumstances, your claim may be denied because you have failed to comply with instructions for scheduled maintenance contained in your Volkswagen Maintenance booklet. In determining whether you have complied with the instructions for scheduled maintenance and proper use, Volkswagen may require you to furnish proof of compliance only with those maintenance instructions which Volkswagen has reason to believe were not performed and which could be the cause of the Smog Check inspection failure.

Volkswagen may deny an emission performance warranty claim on the basis that a replacement part not certified by the EPA was used in the maintenance or repair of the vehicle if Volkswagen can prove that the non-certified part is either defective in materials or workmanship, or not equivalent from an emission standpoint to the original part, and you are not able to offer information that the part is either not defective or equivalent to the original part with respect to its emission performance.

Volkswagen will not deny a claim relating to

- warranty work or pre-delivery service performed by an authorized Volkswagen dealer, or
- work performed in an emergency to rectify an unsafe condition attributable to Volkswagen, provided you have taken steps in a timely manner to put the vehicle back into a conforming condition, or
- the use of an uncertified part or to noncompliance with the instructions for proper maintenance and use, which is not related to the Smog Check inspection failure ◀

# Additional Information About Your Federal Emissions Warranties

### Warranty period

The warranty period begins on the date the vehicle is delivered to the original retail purchaser or original lessee, and any subsequent purchaser or lessee or, if the vehicle is first placed in service as a demonstrator or company demonstrator or company car prior to delivery, on the date it is first placed in service.

### Proper maintenance and use

Instructions for proper maintenance are contained in the maintenance section of this booklet. Time and mileage intervals, at which maintenance is to be performed, may vary from model to model.

Volkswagen recommends you keep a record of scheduled maintenance by having your maintenance booklet validated at the approximate time or mileage intervals by the authorized Volkswagen dealer or other service facility that performed the maintenance. If you perform the maintenance yourself, keep all documentation as proof you have performed the maintenance at the approximate time or mileage intervals recommended, that you have used proper parts, and that you were able to perform the maintenance properly.

Failure to maintain your vehicle according to the instruction for proper maintenance may cause the vehicle to exceed applicable emissions standards and could result in denial of warranty coverage. However, Volkswagen will not deny a warranty claim solely on the basis of your failure to maintain the vehicle according to the instructions or failure to keep a record of maintenance.

Instructions for proper use of the vehicle are contained in your Volkswagen Owner's Manual.

### Use of Genuine Volkswagen Parts

Volkswagen recommends that Genuine Volkswagen parts be used as replacement parts for the maintenance, repair or replacement of emission control systems. Use of replacement parts which are not equivalent to Genuine Volkswagen parts in emission performance and durability may impair the effectiveness of emission control systems. Although use of parts other than Genuine Volkswagen parts does not invalidate these warranties, Volkswagen assumes no liability under these warranties for failure of such parts and damage to other parts caused by such failure.

### EPA certified replacement parts

Maintenance, repair, or replacement of emission control devices and systems may be performed by any automotive service and repair establishment or qualified individual using Environmental Protection Agency ("EPA") certified replacement parts.

### Maintenance and repairs performed by independent service shops

Without invalidating these warranties, you may choose to have maintenance, repair or replacement of emission control components performed by any automotive service establishment or individual qualified to perform such services. However, the cost of such services is not covered by these warranties except in emergencies. If the independent service establishment finds a warrantable defect, you may deliver the vehicle to an authorized Volkswagen dealer and have the defect corrected free of charge. Volkswagen will not be liable for any expenses, which you have incurred at the independent service establishment, except for emergency repairs. See "Emergency Repairs" for further details.

### Parts not scheduled for inspection or replacements

Any part, which is not scheduled for inspection or replacement at maintenance intervals specified in the maintenance section of this booklet, is covered by this warranty for the full warranty period.

### Scheduled part inspection or replacement

A part scheduled only for inspection in accordance with Volkswagen's instructions or required scheduled maintenance is covered for the duration of these warranties.

A part installed in accordance with Volkswagen's instructions or required scheduled maintenance is warranted until the next scheduled replacement interval or for the duration of these warranties.

### Damage to non-warranty parts

If failure of a warranted part causes damage to a part not covered by warranty, the non-warranted part will also be replaced free of charge.

### Warranty repairs while traveling in Canada

Warranty repairs while traveling in Canada should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States California Emissions Warranties, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you.

### Emergency repairs

Emergency repairs performed by a non-Volkswagen service facility will be reimbursed if the repair work was needed and correctly performed, and it was impossible or unreasonable under the circumstances to tow or drive your Volkswagen model to the nearest authorized Volkswagen dealer. The maximum reimbursement allowable is an amount equal to the cost if your authorized Volkswagen dealer had completed the repair(s). Reimbursement will be considered when you submit the following items to your authorized Volkswagen dealer:

- A statement explaining the circumstances that prevented you from getting to an authorized Volkswagen dealer,
- Paid receipt(s)
- Repair order(s) and
- Part(s) removed from your Volkswagen model

### Damage caused by tampering, use of improper fuel, abuse, neglect and improper maintenance

These warranties do not cover any damage to the vehicle caused by tampering with emission controls, use of fuel containing lead, or fuel not meeting the specifications set forth in the Owner's Manual, and abuse, neglect or improper maintenance of the vehicle. Diagnosis and repair of such damage are at the expense of the owner.

### Implied warranties

Any implied warranty, including any warranty of merchantability or warranty of fitness for a particular purpose, is limited in duration to the stated period of these written warranties.

### Incidental and consequential damages

These warranties do not cover any incidental or consequential damages, including loss of resale value, lost profits or earnings, and out-of-pocket expenses for substitute transportation or lodging.

Some states do not allow the exclusion or limitation of incidental or consequential damages, so this limitation or exclusion may not apply to you.

### Tips

In the event you have not received the services promised in these warranties, please follow the procedures described in this booklet under the title "Customer CARE".

- You may obtain further information regarding the Emissions Performance Warranty or report violation of the terms of the Emissions Defect or Performance Warranty by contacting: US Environmental Protection Agency, Compliance and Innovation Strategy Division, Attention: Emissions Warranty Claims, 2000 Traverwood Rd., Ann Arbor, MI 48105.

# Kansas Safety Belt Limited Warranty

## Information about Kansas Safety Belt Limited Warranty

Applicable only to vehicles sold or registered in the State of Kansas

For vehicles sold or registered in the State of Kansas, safety belts and related safety belt components are warranted against defects in workmanship and materials for a period of ten (10) years, regardless of mileage.

This limited warranty does not cover the replacement of safety belts and safety belt components:

Damage or failure was due to misuse, alteration, accident, or collision damage

Color fading, spotting, or other cosmetic problems when the safety belt is otherwise functioning properly ◀

# Customer Care

## Volkswagen dealer assistance

If you have questions about your vehicle or the service you have received, we suggest that you first discuss them with the service personnel at your authorized Volkswagen dealer. You may want to speak to the Service Manager or directly to the owner of the dealership.

It is their business to be concerned about your satisfaction and goodwill. Because they are closest to the situation, they are in the best position to quickly resolve any concerns you may have. ◀

## Volkswagen corporate assistance

If your concerns are not resolved to your satisfaction by the dealer, please contact Volkswagen by calling our toll-free number:

Tel.: 1 (800) 822-8987

If you prefer to write, please use the following address:

Volkswagen Group of America, Inc.
Customer CARE
3499 West Hamlin Road
Rochester Hills, MI 48309

You can also contact us using our Internet address:

www.vw.com.

Simply click on "Contact Us".

When you call or write, please provide the following information:

- Your name, address and telephone number
- Vehicle Identification Number (VIN)
- Vehicle mileage
- Dealer name
- Nature of concern or problem
- Copies of repair orders or pertinent documents (if you are writing to us)

A Volkswagen Customer CARE Representative, in conjunction with your authorized Volkswagen dealer, will work with you to carefully review all facts relating to your request. ◀

## Repairs not covered by warranty

In some circumstances, Volkswagen of America, Inc., an operating unit of Volkswagen Group of America, Inc. ("Volkswagen") may offer financial assistance toward repairs or expenses not covered by Volkswagen's New Vehicle Limited Warranties.

In certain instances, Volkswagen may pay for such repairs in accordance with the terms of service action campaigns it will conduct from time to time. In the event of a service action, Volkswagen will notify you by mail and request that you bring your vehicle to your nearest authorized Volkswagen dealer for repair free of charge.

If you have not recently changed your address and Volkswagen has your current address on file, you will receive notification automatically. If you are concerned that you may not have received notice concerning a particular service action, please check with your dealer to determine whether your vehicle is eligible for any repair free of charge.

In other instances, Volkswagen may offer assistance with a repair beyond warranty on a case-by-case basis. If you believe that your vehicle needs a repair not covered by warranty which Volkswagen should pay for in part or in whole, please discuss the request with your dealer. If you are not satisfied with your dealer's decision, please contact Volkswagen Customer CARE by telephone or in writing. Your request should provide the Vehicle Identification Number, the mileage, maintenance history and an explanation of why you believe that the repair should be performed free of charge. Your request should be accompanied by all available maintenance and repair records which you have retained. A Customer CARE Representative will review your request and advise you of our decision. ◀

# Consumer Protection Information

## BBB AUTO LINE Dispute Resolution

### Informal dispute mechanism

If your authorized Volkswagen dealer or Volkswagen Customer CARE Representative has been unable to satisfactorily address your concern, Volkswagen offers additional assistance through BBB AUTO LINE, a dispute resolution program administered by the Council of Better Business Bureaus.

The BBB AUTO LINE program is free of charge to you but there are some vehicle age and mileage limitations, so please call BBB AUTO LINE for more details:

Tel.: 1 (800) 955-5100

If you call BBB AUTO LINE, please be prepared to provide the following information:

- Your name and address
- The Vehicle Identification Number (VIN)
- The make, model, and model year of your vehicle
- The delivery date and current mileage of your vehicle
- A description of the concern with your vehicle

The BBB AUTO LINE program consists of two parts: mediation and arbitration. Mediation means that BBB staff will facilitate negotiations between the parties in an effort to bring your claim to a mutually acceptable resolution. If you do not agree with the mediated solution, you may request an arbitration hearing.

Arbitration is a process by which an impartial person makes a decision on your claim. The arbitrators are not connected with the automobile industry and serve on a voluntary basis. You may attend the hearing in person, be represented by an attorney, bring witnesses, and give supporting evidence. Instead of appearing in person, you may request a written or even a telephone arbitration hearing. The BBB shall make every effort to obtain a final resolution of your claim within 5 business days of the hearing (that is, within 40 days of when your claim was filed), unless state or Federal law provides otherwise. You then have the opportunity to accept or reject the decision.

- If you accept the decision, the manufacturer will be bound by the decision and will be required to fulfill its obligation within the timeframe specified by the arbitrator.
- If you reject the decision, you are free to pursue other legal remedies available under state or federal law, and the manufacturer will not be required to comply with any part of the decision. ◀

## State-Specific Warranty Enforcement Laws

### Local laws

Each state has enacted warranty enforcement laws (commonly referred to as "lemon laws") that permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. Although the provisions of these laws vary from state to state, their intent is to provide owners with certain rights if they experience significant service-related difficulties with their new vehicle.

IMPORTANT NOTICE: To the extent allowed by each state's law, Volkswagen requires that the owner first send written notification to Volk- ▶

swagen explaining the nonconformity that the owner has experienced with the vehicle, and to allow Volkswagen the opportunity to make any needed repairs before the owner pursues other remedies provided by that state's law (in all other states where not specifically required by state law, Volkswagen requests that the owner provide the written notification). The owner should send written notification to:

Volkswagen Group of America, Inc.
Customer CARE
3499 West Hamlin Road
Rochester Hills, MI 48309

IMPORTANT NOTICE: Depending on the state's law, the owner may also be required to submit their complaint to BBB AUTO LINE before seeking other remedies. Please refer to the BBB AUTO LINE Dispute Resolution section of this booklet for more information about the BBB AUTO LINE dispute resolution program.

Because each state has enacted specific provisions as part of its lemon law, owners are advised to research and follow the laws in their state. ◀

## NOTICE TO CALIFORNIA PURCHASERS

Volkswagen participates in BBB AUTO LINE, a mediation/arbitration program administered by the Council of Better Business Bureaus (4200 Wilson Boulevard, Suite 800, Arlington, Virginia 22203). BBB AUTO LINE and Volkswagen have been certified by the Arbitration Certification Program of the California Department of Consumer Affairs.

If you have a problem arising under any Volkswagen written warranty, we request that you bring it Volkswagen's attention. If we are unable to resolve it, you may file a claim with BBB AUTO LINE. Claims must be filed with BBB AUTO LINE within six (6) months after the expiration of the warranty.

To file a claim with BBB AUTO LINE, call:

Tel.: 1 (800) 955-5100.

There is no charge for the call.

In order to file a claim with BBB AUTO LINE, you will have to provide your name and address, the brand name and Vehicle Identification Number (VIN) of your vehicle, and a statement of the nature of your problem or complaint. You will also be asked to provide: the approximate date of your acquisition of the vehicle, the vehicle's current mileage, the approximate date and mileage at the time any problem(s) were first brought to the attention of Volkswagen or one of our dealers, and a statement of the relief you are seeking.

BBB AUTO LINE staff may try to help resolve your dispute through mediation. If mediation is not successful, or if you do not wish to participate in mediation, claims within the program's jurisdiction may be presented to an arbitrator at an informal hearing. The arbitrator's decision should ordinarily be issued within 40 days from the time your complaint is filed; there may be a delay of 7 days if you did not first contact Volkswagen about your problem, or a delay of up to 30 days if the arbitrator requests an inspection/report by an impartial technical expert or further investigation and report by BBB AUTO LINE.

You are required to use BBB AUTO LINE before asserting in court any rights or remedies conferred by California Civil Code Section 1793.22. You are not required to use BBB AUTO LINE before pursuing rights and remedies under any other state or Federal law.

California Civil Code Section 1793.2(d) requires that, if Volkswagen or its representative is unable to repair a new motor vehicle to conform to the vehicle's applicable express warranty after a reasonable number of attempts, Volkswagen may be required to replace or repurchase the vehicle. California Civil Code Section 1793.22(b) creates a presumption that Volkswagen has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity (a failure to conform to the written warranty that substantially impairs the use, value, or safety of the vehicle) results in a condition that is likely to cause death ▶ or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by Volkswagen or its agents AND the buyer or lessee has directly notified Volkswagen of the need for the repair of the nonconformity; OR
- The same nonconformity has been subject to repair 4 or more times by Volkswagen or its agents AND the buyer has notified Volkswagen of the need for the repair of the nonconformity; OR
- The vehicle is out of service by reason of the repair of non-conformities by Volkswagen or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO VOLKSWAGEN AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

Volkswagen Group of America, Inc.
Customer CARE
3499 West Hamlin Road
Rochester Hills, MI 48309

The following remedies may be sought in BBB AUTO LINE: repairs, reimbursement for money paid to repair a vehicle or other expenses incurred as a result of a vehicle nonconformity, repurchase or replacement of your vehicle, and compensation for damages and remedies available under Volkswagen's written warranty or applicable law.

The following remedies may not be sought in BBB AUTO LINE: punitive or multiple damages, attorney fees, or consequential damages other than as provided in California Civil Code Section 1794(a) and (b).

You may reject the decision issued by a BBB AUTO LINE arbitrator. If you reject the decision, you will be free to pursue further legal action. The arbitrator's decision and any findings will be admissible in a court action.

If you accept the arbitrator's decision, Volkswagen will be bound by the decision, and will comply with the decision within a reasonable time not to exceed 30 days after we receive notice of your acceptance of the decision.

Please call BBB AUTO LINE for further details about the program. ◀

# Service Publications

## Volkswagen Technical Literature Ordering Center

### Updated service information you can obtain

Volkswagen monitors product performance in the field and regularly sends dealers the latest service information about Volkswagen vehicles.

Bulletins cover a wide variety of subjects: the proper use and care of your car, costly repairs, inexpensive repairs or adjustments, which, if done early, may avoid costly future repairs. Some bulletins describe repairs about new or unexpected conditions. Others describe improved repair procedures or parts improvements. All of this information can also help a qualified technician better service your vehicle.

Most bulletins apply to conditions affecting a small number of vehicles. Your dealer or a qualified technician may have to determine if a specific bulletin applies to your vehicle. You can order Volkswagen bulletins, Volkswagen repair information and Volkswagen Owner's Literature 24 Hours / 7 days a week on the Internet from the Volkswagen Technical Literature Ordering Center link at:

www.vw.com

You can contact our literature distribution service at:

Tel.: 1 (800) 544-8021 ◀

### What you will also find on the website

- A list of Volkswagen bulletins for 1985 and later model years, covering all North American specification Volkswagen models.
- Ordering and pricing information on how to buy specific bulletins.
- Ordering and price information for Volkswagen Repair Manuals on paper format, CD ROM or DVD.
- Ordering and price information for Volkswagen Electrical Wiring Diagrams.
- Owner's Manuals
- Maintenance Booklets
- Warranty Manuals.
- Sound System Manuals

⚠ WARNING

These bulletins are intended for qualified technicians. They are not meant for the CASUAL do-it-yourselfer. Qualified technicians have the equipment, tools, safety instructions, and know-how to do a job properly and safely. Improperly performed repairs or maintenance can adversely affect the safety of your vehicle, possibly leading to accident or injury. They may also impair the economy, durability or reliability of your vehicle and may void the warranty of your car. If you are not sure that you can perform a job properly and safely, you should not risk trying to do so. ◀

# Tire Manufacturers

## List of tire manufacturers for new Volkswagen vehicles

The Magnuson-Moss Warranty Federal Trade Commission Improvement Act of 1975 and regulations issued pursuant to the act require that a tire warranty pamphlet be placed in every new vehicle prior to sale.

To assist you in obtaining the related warranty information, the following list of tire manufacturers and addresses is being provided.

Tire Manufacturers

Dunlop Tire Corp.
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 548-4714

Bridgestone/Firestone Inc.
1 Bridgestone Park
Nashville, TN 37214
Tel.: 1 (800) 356-4644

Goodyear Tire & Rubber Co.
1144 East Market Street
Akron, OH 44316
Tel.: 1 (800) 321-2136

Continental General
1800 Continental Blvd.
Charlotte, NC 28273
Tel.: 1 (800) 847-3349

Michelin Tire Corp.
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 847-3435

Pirelli Tires North America
300 George Street, 5th Floor,
New Haven, CT 06511
Tel.: 1 (800) 747-3554

Uniroyal Goodrich Tire Co.
P.O. Box 19001
Greenville, SC 29602-9001
Tel.: 1 (800) 521-9796

Hankook Tires Corporate Headquarters
1450 Valley Road
Wayne, New Jersey 07470
Tel.: 1 (877) 740-7000 ◀

# Maintenance

## Warranty voucher

Present this voucher to an authorized dealer if warranty service is required.

The warranty period begins on the date the vehicle is purchased to either the original purchaser of the original lessee: or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service.

12. 20 2010

Month Day Year

(to be filled in by authorized Volkswagen Dealer)

406/403

Stamp of authorized Volkswagen Dealer

1\. V.I.N. 3VWAL7AJXAM149989

N.I.V. JETTA 2.0 NARCOMFO 103fTDIDGF

Type 1K239M

2\. Eng. code/Trans. code CJA LTE

Code moteur/boîte vit.

3\. Paint No./Interior L041 NT 1000

N°peint/Int.

175 000401

4\. Options

X9A CH5 C1A H4B J1D K8B 4UM D91 U5C

12P U0A 0A2 1AT 1G4 2PF 2JL 5RR

7K4 2UA 5SH 0HM 4X3 7G0 8FT 9Q6 QG0 3YR 4A3 8ES

L14 G46 8AX 8OD 1N3 3FA 4K0 4R4 8Y1 8ZH 9AP

Vehicle Identification Label

1. Vehicle Identification No. / Engine Code
2. Type / Engine / Transmission
3. Transmission Code / Paint No. / Interior / Engine / Engine Code
4. Optional Equipment

## Odometer replacement and other dealer stamps

Air Conditioner
Warranty Registration Certificate
(except factory installation)

Attach here (for dealer use only)

Federal Law requires that a label be affixed to the left door frame when the replacement odometer does not indicate the actual vehicle mileage after repair or replacement.

Genuine Volkswagen replacement odometers are supplied with a label

Odometer Replacement

Month Day Year

(to be filled in by authorized Volkswagen Dealer)

At mileage

Stamp of authorized Volkswagen Dealer

# Service information

### Dealer service

There are approximately 600 authorized Volkswagen dealers in the United States. They have Volkswagen trained technicians, proper workshop equipment and parts to give you expert service.

Volkswagen dealers are committed to quality service.

- Your authorized Volkswagen dealer offers many services for your convenience, such as extended service hours, early bird service, body repairs, to name just a few. Ask about them.
- Arrange your service with your dealer when it is convenient for you.
- Ask your Service Advisor about the service you need and discuss the cost involved.
- Leave word where you can be reached during the day and when you would like to pick your car up.
- Keep all receipts of maintenance and repairs performed. Your service record is important when making use of your warranty.
- Maintenance services performed by your authorized dealer at the intervals specified, will also be documented in this booklet.
- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model. It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service Advisor can answer any questions you may have.

### Do-it-yourself service

Your Owner's Manual contains many helpful hints on what you can service yourself.

- You can check tires for wear or damage and correct tire pressure, including the spare.
- You can check the windshield washer container.
- You can check your car's interior and exterior lighting system for correct functioning.
- You can check the engine oil level with every fuel filling.
- You can perform these simple checks once a week. They save time, trouble and expense later.

Your technician will not check the above mentioned items in each case during regular service and maintenance visits.

### Emission control maintenance

1 A clean environment is of concern to all of us. Volkswagen has built into your vehicle an efficient emission control system, using genuine Volkswagen parts, in conformance with the Federal Clean Air Act in the United States. To help keep our air clean, you can do your part by having your vehicle's maintenance services and all repairs performed in a timely manner.

2 Maintenance, repair or replacement of emission control components may be performed by any qualified automotive service and repair establishment or individual without affecting the Emission Control System Warranty, provided that such repairs are performed to manufacturer's specifications, and that replacement parts are at least equivalent to genuine Volkswagen parts in emission performance and durability. Warranty repairs and replacements, however, must be performed by an authorized Volkswagen dealer.

3 If other than genuine Volkswagen replacement parts are used, the owner should make sure that such parts are warranted by their manufacturer and that they are at least equivalent to genuine Volkswagen replacement parts in emission performance and durability.

### Why maintenance?

With proper maintenance and care, your Volkswagen model will continue to provide you with a dependable and safe driving experience. This booklet contains Volkswagen's prescribed service intervals as well as other important information you need to know to care for your Volkswagen model properly. Adherence to the prescribed maintenance services and intervals is necessary to protect your investment and help ensure optimum performance. Failure to follow recommended maintenance services and intervals may result in a denial of your warranty coverage. Please see the warranty section of this booklet for further details. ▶

Your vehicle is designed to keep maintenance requirements to a minimum.

Today's vehicles are precision engineered machines. They are designed with people's safety in mind, and are equipped with emission control systems to help keep our air clean. However, a certain amount of regular maintenance is still necessary to help assure optimum performance and reliability. A well-maintained vehicle conserves fuel, protects against unwanted emissions, and may prevent a major repair expense at a later date.

Follow the service intervals schedule and itemized list of services for each, and make fluid level and tire pressure checks between the scheduled intervals as recommended in your vehicle Owner's Manual.

The service intervals schedule is based on vehicles operating under normal conditions. In the case of severe conditions, such as extremely low temperatures and/or excessive dust, it is necessary for some services to be performed between the scheduled intervals. This applies particularly to engine oil changes and the cleaning or replacing of the air cleaner filter element.

Authorized Volkswagen dealers are ready to serve you and are committed to quality service. ◀

# Volkswagen Carefree Maintenance Program

## Volkswagen Carefree Maintenance Program Coverage Period

All Volkswagen scheduled Maintenances described in this booklet are covered with no charge for 3 years or 36,000 miles, whichever occurs first. ◀

## Additional Services

The maintenance intervals in this booklet are based on normal operating conditions. Under severe operating conditions, it may become necessary to perform additional or more frequent maintenance operations.

Additional services not specified in this booklet, or services suggested by the dealer or performed at the customer's request, are not covered under the Volkswagen Carefree Maintenance Program. ◀

## Where to go for the Volkswagen Carefree Maintenance Program Service

Volkswagen Carefree Maintenance Program Service can be honored by any authorized Volkswagen dealer in the United States, including its territories.

The Volkswagen Carefree Maintenance Program Service, while traveling in Canada, should be performed by an authorized Volkswagen dealer. If your Volkswagen model is within the United States Volkswagen Carefree Maintenance Program, Canadian dealers can submit a claim. Proof of United States residence is required. If the Canadian dealer cannot submit your claim, you may be asked to pay for the repair. On your return to the United States, please present the invoice to your United States Volkswagen dealer, who will submit a claim on your behalf and obtain reimbursement for you. ◀

## Missed Maintenance Service

Volkswagen recommends that the customer have Maintenance Services performed at the scheduled time or mileage.

However, if a Maintenance Service is missed, it need not be "picked up" later. Rather, Volkswagen dealers should perform the most appropriate service upon considering the vehicle's age and mileage driven. Reimbursement for the missed service will not be provided.

- Additional services not specified in the Maintenance Schedule, suggested by the dealer or performed at the customer's request, are not covered under the Volkswagen Carefree Maintenance Program.
- Volkswagen will not reimburse owners for Maintenance Services performed at independent facilities. ◄

## When the Scheduled Maintenance Period Begins

The scheduled maintenance period begins on the date the vehicle is delivered to either the original purchaser or the original lessee: or if the vehicle is first placed in service as a "demonstrator" or "company" car, on the date such vehicle is first placed in service. The Volkswagen Carefree Maintenance Program is automatically transferred without cost if the ownership of the vehicle changes within the coverage period. ◄

# Service schedule

## Delivery inspection

- Your authorized Volkswagen dealer will fill out the necessary information and stamp this booklet to confirm that the necessary services have been performed.
- Automobile technology changes continuously. Your authorized Volkswagen dealer always has the most current Service and Maintenance information for your Volkswagen model.

It is possible that this information may differ from the check points listed in this booklet. Your Volkswagen Service Advisor can answer any questions you may have.

- If you are not sure when to bring your car in for service, ask your authorized Volkswagen Service Advisor.

| Delivery Inspection | |
|---|---|
| Before your vehicle is delivered to you, it is inspected according to factory guidelines. The Delivery Inspection was performed on: | |
| Next Service: | 406/403 |
| Date: 12-20-16 | |
| Miles: 10,000 | |
| (whichever occurs first) | Today's date and Volkswagen Dealer stamp |

◄

## Service at 10,000 miles (Included in the Volkswagen Carefree Maintenance Program)

Service at 10,000 miles or one year from vehicle in-service date, whichever occurs first.

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality (if applicable)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 20,000 miles (Included in the Volkswagen Carefree Maintenance Program)

Service at 20,000 miles or one year after last service, whichever occurs first.

- Battery: Check
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Engine: Change oil and replace oil filter
- Fuel filter: Replace (2.0L TDI only)
- Fuel filter: Drain water (3.0L TDI only)
- Rear window: Check cleaning nozzle functionality (if applicable)
- Second battery: Check (if applicable)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Check tread depth, condition, wear pattern and pressure of all tires (including spare)
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 30,000 miles (Included in the Volkswagen Carefree Maintenance Program)

Service at 30,000 miles or one year after last service, whichever occurs first.

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality (if applicable)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function. Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first.. | Today's date and Volkswagen Dealer stamp |

## Service at 40,000 miles

Service at 40,000 miles or one year after last service, whichever occurs first.

- Battery: Check
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Coolant level and frost protection: Check
- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals (if applicable)
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace (if applicable)
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check (from above) for leaks and damage
- Engine and engine compartment components: Check (from below) for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace (2.0L, and 3.0L TDI only)
- Haldex clutch: Change oil (if applicable)
- Headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, hazard warning lights, daytime running lights, curve lighting, and automatic headlights: Check
- Power steering: Check oil level (if applicable)
- Rear window: Check cleaning nozzle functionality (if applicable)
- Ribbed V-belt: Check condition
- Second battery: Check (if applicable)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace (2.5L, 3.2L, 3.6L, and 4.2L only)
- Sunroof and Panoramic sunroof: Check, clean, and lubricate (if applicable)
- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, and handling
- Tie rod ends: Check for excessive play, check boots
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires (including spare)
- Tires: Rotate front to rear
- Transmission: Automatic: Change fluid and filter
- Transmission: DSG: Change fluid and filter
- Underbody sealant: Inspect for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ...................... | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 50,000 miles

Service at 50,000 miles or one year after last service, whichever occurs first.

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality (if applicable)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ...................... | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 60,000 miles

Service at 60,000 miles or one year after last service, whichever occurs first.

- Air filter element and snow filter: Replace and clean housing (if applicable)
- Battery: Check
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Engine: Change oil and replace oil filter
- Fuel filter: Replace (2.0L TDI only)
- Fuel filter: Drain water (3.0L TDI only)
- Rear window: Check cleaning nozzle functionality (if applicable)
- Second battery: Check (if applicable)
- Service Interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace (2.0L gasoline engine only)
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires (including spare)
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 70,000 miles

Service at 70,000 miles or one year after last service, whichever occurs first.

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality (if applicable)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 80,000 miles

Service at 80,000 miles or one year after last service, whichever occurs first.

- Battery: Check
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals (if applicable)
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace (if applicable)
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check (from above) for leaks and damage
- Engine and engine compartment components: Check (from below) for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace (2.0L, and 3.0L TDI only)
- Haldex clutch: Change oil (if applicable)
- Headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, hazard warning lights, daytime running lights, curve lighting, and automatic headlights: Check
- Power steering: Check oil level (if applicable)
- Rear window: Check cleaning nozzle functionality (if applicable)
- Ribbed V-belt: Check condition
- Second battery: Check (if applicable)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace (2.5L, 3.2L, 3.6L, and 4.2L only)
- Sunroof and Panoramic sunroof: Check, clean, and lubricate (if applicable)
- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, and handling
- Tie rod ends: Check for excessive play, check boots
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires (including spare)
- Tires: Rotate front to rear
- Transmission: Automatic: Change fluid and filter
- Transmission: DSG: Change fluid and filter
- Underbody sealant: Inspect for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................... | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 90,000 miles

Service at 90,000 miles or one year after last service, whichever occurs first.

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality (if applicable)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 100,000 miles

Service at 100,000 miles or one year after last service, whichever occurs first.

- Battery: Check
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Engine: Change oil and replace oil filter
- Fuel filter: Replace (2.0L TDI only)
- Fuel filter: Drain water (3.0L TDI only)
- Rear window: Check cleaning nozzle functionality (if applicable)
- Second battery: Check (if applicable)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires (including spare)
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 110,000 miles

Service at 110,000 miles or one year after last service, whichever occurs first.

- Brake pads: Check thickness and brake disc condition (front and rear)
- Engine: Change oil and replace oil filter
- Rear window: Check cleaning nozzle functionality (if applicable)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar.
- Timing Belt: Replace (if applicable, except 2.0L TDI)
- Tires: Rotate front to rear
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

## Service at 120,000 miles

Service at 120,000 miles or one year after last service, whichever occurs first.

- Air filter element and snow filter: Replace and clean housing (if applicable)
- Battery: Check
- Body: Visual inspection for corrosion
- Brakes: Inspect brake system and shock absorber for leaks and damage, check thickness of brake pads, brake disc condition and check brake fluid level
- Convertible roof, CSC roof, and Retractable hard top: Check for function and damage, clean and lubricate seals (if applicable)
- Coolant level and frost protection: Check
- CV joints: Check for leaks and damage
- Diesel particulate filter: Only after 120,000 miles, Check ash loading according to manufacturer work procedure; Replace if necessary. NOTE: If DPF replacement is not necessary, perform check every 20,000 miles thereafter until replacement becomes necessary. Subsequent DPF replacement interval is a minimum of 120,000 miles, thereafter. (2.0L and 3.0L TDI engine only)
- Door checks and mounting pins: Lubricate
- Dust and pollen filter: Replace (if applicable)
- Engine: Change oil and replace oil filter
- Engine and engine compartment components: Check (from above) for leaks and damage
- Engine and engine compartment components: Check (from below) for leaks and damage, check transmission, final drive, and drive shaft boots
- Exhaust system: Check for leaks, damage, and secure fittings
- Fuel filter: Replace (2.0L, and 3.0L TDI only)
- Haldex clutch: Change oil (if applicable)
- Headlights: Check adjustment
- Interior lighting and glove box lights, cigarette lighter/power outlets, horn, and all warning lamps: Check
- Lighting: Front and rear lights, luggage compartment lighting, turn signals, hazard warning lights, daytime running lights, curve lighting, and automatic headlights: Check
- Power steering: Check oil level (if applicable)
- Rear window: Check cleaning nozzle functionality (if applicable)
- Ribbed V-belt: Check condition
- Second battery: Check (if applicable)
- Service interval display: Reset
- Service sticker: Enter the date of the next service on the service sticker and apply to the driver's side door pillar
- Spark plugs: Replace (All engines except TDI)
- Sunroof and Panoramic sunroof: Check, clean, and lubricate (if applicable)
- Test drive: Check braking, kick-down, steering, electrical, heating and ventilation systems, air conditioning, and handling
- Tie rod ends: Check for excessive play, check boots
- Timing Belt: Replace (2.0L TDI only)
- Tires: Check tread depth, condition, wear pattern, and pressure of all tires (including spare)
- Tires: Rotate front to rear
- Transmission: Automatic: Change fluid and filter
- Transmission: DSG: Change fluid and filter
- Underbody sealant: Inspect for damage
- Windshield washer, headlight cleaning system, and wiper blades: Check for damage and function, Check fluid level and add if necessary

| Next Service: | |
|---|---|
| Date: .................. | |
| Miles: .................. | |
| whichever occurs first | Today's date and Volkswagen Dealer stamp |

# Additional service

## Time-dependent maintenance items

Every 1 year:

Perform visual check of airbag system.

Every 2 years:

- Dust and pollen filter: Replace (if applicable)
- Check latch for convertible roof (if applicable)
- Tire filler bottle in the tire mobility set: Check (observe expiration date)
- Brake fluid: Replace. First fluid replacement included under the Volkswagen Carefree Maintenance Program (New Beetle).

Every 3 years, then every 2 years regardless of miles driven:

- Brake fluid: Replace. First fluid replacement included under the Volkswagen Carefree Maintenance Program (CC, Touareg, Eos, Passat, Jetta models, GTI, Golf, Tiguan, Passat CC).

Every 4 years regardless of miles driven:

- Tire filler bottle in the tire mobility set: Replace (observe expiration date)

Every 6 years regardless of miles driven:

- Spark plugs: Replace
- Air filter element and snow filter: Replace and clean housing
- Tire pressure sensors: Replace (if applicable) ◄

## Service at 5,000, 10,000, 15,000, 20,000, 25,000, 30,000, and 35,000 miles for 3.0L TDI engine only (Included in the Volkswagen Carefree Maintenance Program)

Service at every 5,000 miles and every 5,000 miles thru 35,000 miles.

- AdBlue® Fluid: Check and add if necessary 3.0L TDI engine only

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| | Today's date and Volkswagen Dealer stamp |

| Next Service: | |
|---|---|
| Date: ........................ | |
| Miles:.................. | |
| | Today's date and Volkswagen Dealer stamp |

# Service at 40,000 miles and every 5,000 miles after for 3.0L TDI engine only:

Service at 40,000 miles and every 5,000 miles after,

- AdBlue® Fluid: Check and add if necessary 3.0L TDI engine only

AdBlue® check

| An AdBlue® check was performed on: ........................................ | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| An AdBlue® check was performed on: ........................................ | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| An AdBlue® check was performed on: ........................................ | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| An AdBlue® check was performed on: ........................................ | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

AdBlue® check

| An AdBlue® check was performed on: ........................................ | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| An AdBlue® check was performed on: ........................................ | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| An AdBlue® check was performed on: ........................................ | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

| An AdBlue® check was performed on: ........................................ | |
|---|---|
| Mileage: ........................ | Today's date and Volkswagen Dealer stamp |

AdBlue® check

An AdBlue® check was performed on: ..........................................

Mileage: ........................ | Today's date and Volkswagen Dealer stamp

An AdBlue® check was performed on: ..........................................

Mileage: ........................ | Today's date and Volkswagen Dealer stamp

An AdBlue® check was performed on: ..........................................

Mileage: ........................ | Today's date and Volkswagen Dealer stamp

An AdBlue® check was performed on: ..........................................

Mileage: ........................ | Today's date and Volkswagen Dealer stamp

AdBlue® check

An AdBlue® check was performed on: ..........................................

Mileage: ........................ | Today's date and Volkswagen Dealer stamp

An AdBlue® check was performed on: ..........................................

Mileage: ........................ | Today's date and Volkswagen Dealer stamp

An AdBlue® check was performed on: ..........................................

Mileage: ........................ | Today's date and Volkswagen Dealer stamp

An AdBlue® check was performed on: ..........................................

Mileage: ........................ | Today's date and Volkswagen Dealer stamp

# Brake fluid replacement

## Replacement record

- The brake fluid must be replaced every 2 years regardless of mileage driven, and every 2 years thereafter regardless of mileage driven. First fluid replacement included under the Volkswagen Carefree Maintenance Program (New Beetle).
- The brake fluid must be replaced every 3 years regardless of mileage, and every 2 years thereafter regardless of mileage driven. First fluid replacement included under the Volkswagen Carefree Maintenance Program (CC, Touareg, Eos, Passat, Jetta models, GTI, Golf, Tiguan, Passat CC).

Brake Fluid Replacement Record

| A brake fluid replacement was performed on: ........................................ | |
|---|---|
| Next Brake Fluid Replacement:<br>Date: ...................... | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on: ........................................ | |
|---|---|
| Next Brake Fluid Replacement:<br>Date: ...................... | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on: ........................................ | |
|---|---|
| Next Brake Fluid Replacement:<br>Date: ...................... | Today's date and<br>Volkswagen Dealer stamp |

Brake Fluid Replacement Record

| A brake fluid replacement was performed on: ........................................ | |
|---|---|
| Next Brake Fluid Replacement:<br>Date: ...................... | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on: ........................................ | |
|---|---|
| Next Brake Fluid Replacement:<br>Date: ...................... | Today's date and<br>Volkswagen Dealer stamp |

| A brake fluid replacement was performed on: ........................................ | |
|---|---|
| Next Brake Fluid Replacement:<br>Date: ...................... | Today's date and<br>Volkswagen Dealer stamp |

# Afterword

It has always been Volkswagen's policy to continuously improve its products. Volkswagen, therefore, reserves the right to make changes in design and specifications, and to make additions or improvements to its products without incurring any obligation to install them on products previously manufactured.

All rights reserved.

May not be reproduced or translated in whole or in part without the written consent of Volkswagen Group of America, Inc. Specifications are subject to change without notice.

Text and specifications in this manual are based on information and knowledge available at the time of printing.

May not be reproduced or translated in whole or in part without consent of Volkswagen AG.

Printed in Mexico

© 2009 Volkswagen AG

**For the sake of environment**

Printed on environmentally friendly paper (bleached without chlorine, recyclable).

## NOTICE OF ADDRESS CHANGE/USED CAR PURCHASE

Complete Vehicle Identification Number

Last Name | First Name | Initial

Number | Street | Apt. No.

City | State

Zip Code

ADDR CHG VWUS

Please **PRINT** and give complete information

7/6

Das Auto.

September 29, 2015

******************AUTO**3-DIGIT 190
114197 7/311/1

Mr. James M Parks
1096 N Middletown Rd
Media PA 19063-4308

Dear Mr. Parks,

Earlier this month, Volkswagen Group of America, Inc., and Volkswagen AG received notice from the U.S. Environmental Protection Agency, U.S. Department of Justice, and the California Air Resources Board, informing us that those agencies had determined that certain 2.0L 4-cylinder TDI vehicles do not comply with emissions standards. According to our records, you own or lease one of these vehicles.*

I am writing you today to offer a personal and profound apology. Volkswagen has violated your trust. I understand and fully appreciate your anger and frustration. I would like you to know that we take full responsibility and are cooperating with all responsible agencies. I can also assure you that we are committed to making this right for you—and taking steps to prevent something like this from ever happening again.

Right now, we are working hard on remedies to bring vehicles into emissions compliance as soon as possible. Getting this right will take some time, but we will notify you immediately once we have more information. Until then, please know that your vehicle remains both safe to drive and legal to drive, as noted by the EPA in its September 18 press release. You do not need to take any action at this time; all we ask for is your patience.

Along with our parent company, Volkswagen AG, we are committed at every level of our company to do what must be done to begin to regain your trust.

If you have questions or concerns, please contact our Customer CARE Center at vwcustomercare@vw.com, or by calling 1-800-822-8987. You can also visit www.vwdieselinfo.com.

Thank you for your understanding, and for being a very valued customer.

Sincerely,

M. Horn

Michael Horn
President and CEO
Volkswagen Group of America, Inc.

*These vehicles include:

- VW Jetta TDI (Model Years 2009–2015)
- VW Jetta SportWagen TDI (Model Years 2009–2014)
- VW Golf TDI (Model Years 2010–2015)
- VW Golf SportWagen TDI (Model Year 2015)
- VW Beetle TDI and VW Beetle Convertible TDI (Model Years 2012–2015)
- VW Passat TDI (Model Years 2012–2015)

PLAINTIFF'S
EXHIBIT
C

POWER & ASSOCIATES, P.C.

*Attorneys at Law*

1790 WILMINGTON PIKE, SUITE 200
GLEN MILLS, PA 19342
(610) 558-6220
FAX (610) 558-7861

September 30, 2015

Consumer Relations
Volkswagen of America, Inc.
3800 Hamlin Road
Auburn Hills, MI 48326

**<u>Notice of Claim and Representation</u>**
Client: James Manly Parks
Vehicle: 2010 Volkswagen Jetta TDI
VIN#: 3VWAL7AJXAM149989

Dear Sir or Madam:

Please be advised that this office represents the above-captioned individual in a claim against the Volkswagen of America Inc. in regards to the above referenced vehicle.

Based upon the inability to conform the vehicle to a reasonable operation condition within a reasonable period of time, including the vehicle's defective emissions system, my client hereby revokes their acceptance of the vehicle pursuant to the Pennsylvania Uniform Commercial Code. At this time, my client demands that the entire purchase price of the vehicle, including cost of accessories, freight, setup, sales tax, license and registration fees be refunded immediately.

In addition, my client hereby places you on notice of his claim under the Pennsylvania Lemon Law, for breach of warranty pursuant to the Pennsylvania Uniform Commercial Code, claims under the Magnuson-Moss Warranty Act as well as under the Pennsylvania Unfair Trade Practices and Consumer Protection Law. Kindly cease all communications and or contacts with the claimant and, instead, direct all communications to this office.

Very truly yours,

MICHAEL POWER, ESQ.

MDP/
5716

PLAINTIFF'S
EXHIBIT

**VERIFICATION**

I, James Parks, hereby state that I am a plaintiff in the within action and that the facts set forth in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. This statement is being made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

James Parks

POWER & ASSOCIATES, P.C.
ATTORNEYS AT LAW
THE SPEAKMAN HOUSE
1790 WILMINGTON PIKE, SUITE 200
GLEN MILLS, PA 19342

TO:

Volkswagen of America, Inc.
C/O CSC
2711 Centerville Road
Wilmington, DE 19808

7015 0640 0004 9286 9737